1
2
3
4
5
6
7
8
9

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | ELECTRIC MIRROR, LLC, a Washington
limited liability company,
11

NO.

12 |         and

COMPLAINT FOR PATENT
INFRINGEMENT

13 | KELVIN 42 LLC, a Delaware limited
liability company
14

JURY DEMAND

15 |                  Plaintiffs,

16 | vs.

17
18 | MAJESTIC MIRRORS & FRAME, LLC, a
Florida limited liability company,
19

20 |                  Defendant.

21

22          Plaintiffs Electric Mirror, LLC and Kelvin 42 LLC, through their undersigned

23 | counsel, Capital IP Law Group PLLC and Ellis Li & McKinstry PLLC, bring this action

24 | against Defendant Majestic Mirrors & Frame, LLC.

25                        **NATURE OF THE ACTION**

26          1.        This action arises under the patent laws of the United States, 35 U.S.C. § 1 et

27 | seq., based on Defendant's infringement of United States Patent No. 7,559,668 ("the '668

COMPLAINT FOR PATENT INFRINGEMENT        Page 1

1  patent"), United States Patent No. 7,805,260 ("the '260 patent"), United States Patent No.

2  7,853,414 ("the '414 patent"), United States Design Patent No. D579,671 ("the 'D671

3  patent") and United States Design Patent No. D704,938 ("the 'D938 patent") (collectively,

4  "the Patents-in-Suit").

5                                    **PARTIES**

6         2.     Plaintiff Electric Mirror, LLC ("Electric Mirror") is a Washington limited

7  liability company with a principal place of business in Everett, Washington.

8         3.     Plaintiff Kelvin 42 LLC ("Kelvin" or, if collectively with Electric Mirror,

9  "Plaintiffs") is a Delaware limited liability company with a business address in

10  Pensacola, Florida.

11         4.     Electric Mirror is recognized as a leading manufacturer and provider of

12  mirrors featuring internal illumination, commonly referred to as lighted mirrors, that

13  are sold to leading hotels, businesses and residences throughout the United States and

14  worldwide.  Plaintiffs own and/or license the Patents-in-Suit, which concern lighted

15  mirrors and ornamental designs for lighted mirrors.

16         5.     Defendant Majestic Mirror & Frames, LLC ("Majestic" or "Defendant") is

17  a Florida limited liability company with substantial Washington contacts, as discussed

18  in more detail below, and those contacts include (but are not limited to) advertising

19  directed to Washington and – upon information and belief – making substantial sales

20  in Washington.

21                            **JURISDICTION AND VENUE**

22         6.     This is an action for patent infringement arising under the patent laws of

23  the United States, 35 U.S.C. § 271.

24         7.     This Court has subject matter jurisdiction over Plaintiffs' claims pursuant

25  to 28 U.S.C. §§ 1331 and 1338(a).

26         8.     This Court has personal jurisdiction over Defendant because Defendant

27  regularly conducts business within, and specifically directs its business activities to, the

COMPLAINT FOR PATENT INFRINGEMENT     Page 2

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

State of Washington and the Western District of Washington ("this District").  Defendant has purposefully availed itself of the opportunity to conduct business in this state through systematic and continuous dealings in Washington. Defendant's actions that give rise to personal jurisdiction include, but are not limited to the following: (1) selling and installing accused lighted mirror products to customers in Washington, including, but not limited to, the Kimpton Hotel Monaco Seattle, Red Lion Seattle Hotel, Sheraton Seattle Hotel, and Crowne Plaza Seattle Hotel; (2) providing samples of accused products for use in model rooms located in Washington State in an effort to obtain sales from companies, including, but not limited to, Loews Hotels Seattle; (3) operating a highly interactive website, www.majesticmirror.com, on which customers, including Washington customers, may directly inquire about and purchase accused products; (4) upon information and belief, attending trade shows in Washington directly or through authorized personnel, including the Network of Executive Women in Hospitality (NEWH) show in Seattle, Washington; (5) upon information and belief, partnering with a Seattle entity, ToteVision, to design and sell mirror products; (6) upon information and belief, licensing software from Microsoft, a Washington corporation headquartered in Washington, to facilitate Defendant's operations, including marketing and selling the accused products; and (7) selling and distributing its products via Amazon.com, a corporation headquartered in Washington State.  Defendant's business activities not only are directed to, and occur within, this District, but Defendant also knowingly introduces into the stream of commerce products and/or components of products that infringe the Patents-in-Suit, and Defendant knew and/or intended that such products would be used in Washington.

9.      Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b)-(c), because a substantial part of the events giving rise to the claims pled herein occurred in the District.  Venue also is proper under 28 U.S.C. § 1400(b) because Defendant has committed, induced others to commit, or contributed to others committing, acts of infringement in this District.

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

1

**COUNT I – INFRINGEMENT OF THE '668 PATENT**

2      10.     Electric Mirror realleges and incorporates by reference paragraphs 1-9

3   above as if fully set forth herein.

4      11.     On July 14, 2009, the United States Patent and Trademark Office issued

5   the '668 patent, titled "Floating Mirror." A true and correct copy of the '668 patent is

6   provided as Exhibit A.

7      12.     Kelvin is the owner of the '668 patent by assignment, and Electric Mirror

8   licenses the '668 patent from Kelvin.

9      13.     Defendant is now, and has been, directly, contributorily and by

10  inducement, infringing at least one claim of the '668 patent, literally and/or under the

11  doctrine of equivalents. Defendant is violating 35 U.S.C. § 271 by selling, offering to

12  sell, making or using the patented invention in the United States, by actively inducing

13  others to sell, offer to sell, make or use the patented invention in the United States, and

14  by offering to sell or selling within the United States components of a patented

15  machine, manufacture, combination or composition, or a material or apparatus for use

16  in practicing a patented process, constituting a material part of the invention, knowing

17  the same to be especially made or especially adapted for use in an infringement of

18  such patent, and not a staple article or commodity of commerce suitable for substantial

19  non-infringing use.

20      14.     Defendant's infringing acts include, but are not limited to, its making,

21  using, selling, and offering for sale (and/or inducing or contributing to the making,

22  using, selling, and offering for sale) products such as the Berkely mirror and, on

23  information and belief, other products listed on its website under at least the "Backlit

24  Mirrors" product category (http://majesticmirror.com/product-category/backlit-

25  mirrors). On information and belief, at least that category includes products that

26  infringe the claims of the Patents-in-Suit.  Defendant also induces and contributes to

27

COMPLAINT FOR PATENT INFRINGEMENT      Page 4

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

1   its customers' use of such products through, among other things, the drawings and/or

2   instructions it provides at (among other places) its website www.majesticmirror.com.

3        15.    Defendant is not, now or at any time, licensed under the '668 patent.

4        16.    Defendant's acts of infringement have been, and continue to be, willful

5   and deliberate (and Defendant's indirect infringement was known or so obvious it

6   should have been known) as will be shown, at least in part, by Defendant's refusal to

7   discontinue infringing the '668 patent despite knowledge of that patent obtained from

8   Electric Mirror's website (http://www.electricmirror.com/company/intellectual-

9   property/) and/or from Electric Mirror notifying Defendant of the patent.

10        17.    Electric Mirror has been damaged by Defendant's foregoing acts of

11   infringement of the '668 patent, and Electric Mirror will continue to be damaged by

12   such infringement unless enjoined by this Court. Electric Mirror is entitled to recover

13   damages adequate to compensate for the infringement under 35 U.S.C. § 284.

14   **COUNT II – INFRINGEMENT OF THE '260 PATENT**

15        18.    Electric Mirror realleges and incorporates by reference paragraphs 1-9

16   above as if fully set forth herein.

17        19.    On September 28, 2010, the United States Patent and Trademark Office

18   issued the '260 patent, titled "Mirror Assembly." A true and correct copy of the '260

19   patent is provided as Exhibit B.

20        20.    Electric Mirror is the owner of the '260 patent by assignment.

21        21.    Defendant is now, and has been, directly, contributorily and by

22   inducement, infringing at least one claim of the '260 patent, literally and/or under the

23   doctrine of equivalents. Defendant is violating 35 U.S.C. § 271 by selling, offering to

24   sell, making or using the patented invention in the United States, by actively inducing

25   others to sell, offer to sell, make or use the patented invention in the United States, and

26   by offering to sell or selling within the United States components of a patented

27   machine, manufacture, combination or composition, or a material or apparatus for use

COMPLAINT FOR PATENT INFRINGEMENT    Page 5

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

22.    Defendant's infringing acts include, but are not limited to, its making, using, selling, and offering for sale (and/or inducing or contributing to the making, using, selling, and offering for sale) products such as the Berkely mirror and, on information and belief, other products listed on its website under at least the "Backlit Mirrors" product category (http://majesticmirror.com/product-category/backlit-mirrors). On information and belief, at least that category includes products that infringe the claims of the Patents-in-Suit.  Defendant also induces and contributes to its customers' use of such products through, among other things, the drawings and/or instructions it provides at (among other places) its website www.majesticmirror.com.

23.    Defendant is not, now or at any time, licensed under the '260 patent.

24.    Defendant's acts of infringement have been, and continue to be, willful and deliberate (and Defendant's indirect infringement was known or so obvious it should have been known) as will be shown, at least in part, by Defendant's refusal to discontinue infringing the '260 patent despite knowledge of that patent obtained from Electric Mirror's website (http://www.electricmirror.com/company/intellectual-property/) and/or from Electric Mirror notifying Defendant of the patent.

25.    Electric Mirror has been damaged by Defendant's foregoing acts of infringement of the '260 patent, and Electric Mirror will continue to be damaged by such infringement unless enjoined by this Court. Electric Mirror is entitled to recover damages adequate to compensate for the infringement under 35 U.S.C. § 284.

**COUNT III – INFRINGEMENT OF THE '414 PATENT**

26.    Electric Mirror realleges and incorporates by reference paragraphs 1-9 above as if fully set forth herein.

COMPLAINT FOR PATENT INFRINGEMENT    Page 6

27.     On December 14, 2010, the United States Patent and Trademark Office issued the '414 patent, titled "Mounting Structure For A Mirror Assembly." A true and correct copy of the '414 patent is provided as Exhibit C.

28.     Electric Mirror is the owner of the '414 patent by assignment.

29.     Defendant is now, and has been, directly, contributorily and by inducement, infringing at least one claim of the '414 patent, literally and/or under the doctrine of equivalents. Defendant is violating 35 U.S.C. § 271 by selling, offering to sell, making or using the patented invention in the United States, by actively inducing others to sell, offer to sell, make or use the patented invention in the United States, and by offering to sell or selling within the United States components of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

30.     Defendant's infringing acts include, but are not limited to, its making, using, selling, and offering for sale (and/or inducing or contributing to the making, using, selling, and offering for sale) products such as the Strand mirror and, on information and belief, other products listed on its website under at least the "Backlit Mirrors" product category (http://majesticmirror.com/product-category/backlit-mirrors). On information and belief, at least that category includes products that infringe the claims of the Patents-in-Suit.  Defendant also induces and contributes to its customers' use of such products through, among other things, the drawings and/or instructions it provides at (among other places) its website www.majesticmirror.com.

31.     Defendant is not, now or at any time, licensed under the '414 patent.

32.     Defendant's acts of infringement have been, and continue to be, willful and deliberate (and Defendant's indirect infringement was known or so obvious it

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

should have been known) as will be shown, at least in part, by Defendant's refusal to discontinue infringing the '414 patent despite knowledge of that patent obtained from Electric Mirror's website (http://www.electricmirror.com/company/intellectual-property/) and/or from Electric Mirror notifying Defendant of the patent.

33.     Electric Mirror has been damaged by Defendant's foregoing acts of infringement of the '414 patent, and Electric Mirror will continue to be damaged by such infringement unless enjoined by this Court.  Electric Mirror is entitled to recover damages adequate to compensate for the infringement under 35 U.S.C. § 284.

**COUNT IV – INFRINGEMENT OF THE 'D671 PATENT**

34.     Electric Mirror realleges and incorporates by reference paragraphs 1-9 above as if fully set forth herein.

35.     On November 4, 2008, the United States Patent and Trademark Office issued the 'D671 patent, titled "Mirror." A true and correct copy of the 'D671 patent is provided as Exhibit D.

36.     Electric Mirror is the owner of the 'D671 patent by assignment.

37.     Defendant is now, and has been, directly, contributorily and by inducement, infringing the claim of the 'D671 patent, literally and/or under the doctrine of equivalents.  Defendant is violating 35 U.S.C. § 271 by selling, offering to sell, making or using the patented invention in the United States, by actively inducing others to sell, offer to sell, make or use the patented invention in the United States, and by offering to sell or selling within the United States components of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

COMPLAINT FOR PATENT INFRINGEMENT     Page 8

38.     Defendant's infringing acts include, but are not limited to, its making, using, selling, and offering for sale (and/or inducing or contributing to the making, using, selling, and offering for sale) products such as the Lane mirror and, on information and belief, other products listed on its website under at least the "Backlit Mirrors" product category (http://majesticmirror.com/product-category/backlit-mirrors). On information and belief, at least that category includes products that infringe the claims of the Patents-in-Suit.  Defendant also induces and contributes to its customers' use of such products through, among other things, the drawings and/or instructions it provides at (among other places) its website www.majesticmirror.com.

39.     Defendant is not, now or at any time, licensed under the 'D671 patent.

40.     Defendant's acts of infringement have been, and continue to be, willful and deliberate (and Defendant's indirect infringement was known or so obvious it should have been known) as will be shown, at least in part, by Defendant's refusal to discontinue infringing the 'D671 patent despite knowledge of that patent obtained from Electric Mirror's website (http://www.electricmirror.com/company/intellectual-property/) and/or from Electric Mirror notifying Defendant of the patent.

41.     Electric Mirror has been damaged by Defendant's foregoing acts of infringement of the 'D671 patent, and Electric Mirror will continue to be damaged by such infringement unless enjoined by this Court. Electric Mirror is entitled to recover damages adequate to compensate for the infringement under 35 U.S.C. § 284 and, as an additional remedy, Defendant's profit pursuant to 35 U.S.C. § 289.

## COUNT V – INFRINGEMENT OF THE 'D938 PATENT

42.     Electric Mirror realleges and incorporates by reference paragraphs 1-9 above as if fully set forth herein.

COMPLAINT FOR PATENT INFRINGEMENT     Page 9

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

43.     On May 20, 2014, the United States Patent and Trademark Office issued the 'D938 patent, titled "Lighted Mirror." A true and correct copy of the 'D938 patent is provided as Exhibit E.

44.     Electric Mirror is the owner of the 'D938 patent by assignment.

45.     Defendant is now, and has been, directly, contributorily and by inducement, infringing the claim of the 'D938 patent, literally and/or under the doctrine of equivalents. Defendant is violating 35 U.S.C. § 271 by selling, offering to sell, making or using the patented invention in the United States, by actively inducing others to sell, offer to sell, make or use the patented invention in the United States, and by offering to sell or selling within the United States components of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

46.     Defendant's infringing acts include, but are not limited to, its making, using, selling, and offering for sale (and/or inducing or contributing to the making, using, selling, and offering for sale) products such as the Strand mirror and, on information and belief, other products listed on its website under at least the "Backlit Mirrors" product category (http://majesticmirror.com/product-category/backlit-mirrors). On information and belief, at least that category includes products that infringe the claims of the Patents-in-Suit.  Defendant also induces and contributes to its customers' use of such products through, among other things, the drawings and/or instructions it provides at (among other places) its website www.majesticmirror.com.

47.     Defendant is not, and has not been at any time, licensed under the 'D938 patent.

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

48.     Defendant's acts of infringement have been, and continue to be, willful and deliberate (and Defendant's indirect infringement was known or so obvious it should have been known) as will be shown, at least in part, by Defendant's refusal to discontinue infringing the 'D938 patent despite knowledge of that patent obtained from Electric Mirror's website (http://www.electricmirror.com/company/intellectual-property/) and/or from Electric Mirror notifying Defendant of the patent.

49.     Electric Mirror has been damaged by Defendant's foregoing acts of infringement of the 'D938 patent, and Electric Mirror will continue to be damaged by such infringement unless enjoined by this Court. Electric Mirror is entitled to recover damages adequate to compensate for the infringement under 35 U.S.C. § 284 and, as an additional remedy, Defendant's profit pursuant to 35 U.S.C. § 289.

## JURY DEMAND

50.     Electric Mirror demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Electric Mirror and Kelvin respectfully pray for a judgment against Defendant:

A.     Finding that the Patents-in-Suit have been infringed by Defendant;

B.     Finding that the infringement of the Patents-in-Suit has been willful;

C.     Permanently enjoining Defendant against further infringement of the Patents- in-Suit;

D.     Awarding Plaintiffs damages permitted by 35 U.S.C. § 284, including but not limited to pre-judgment interests and costs and increased damages up to three times the amount of compensatory damages;

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

1     E.     Awarding Electric Mirror additional remedy, permitted by 35

2  U.S.C. § 289, including but not limited to Defendant's profits on its products found to

3  infringe either of the Patents-in-Suit that are design patents;

4     F.     Finding that this is an exceptional case and awarding Plaintiffs

5  their costs and reasonable attorneys' fees incurred in this action as provided by 35

6  U.S.C. § 285; and

7     G.     Awarding Plaintiffs such other relief as the Court deems just and

8  equitable.

9

10     DATED this March 8, 2017

11

12                    ELLIS, LI & McKINSTRY PLLC

13                    By:   /s/ Brock M. Hartman
                         _____
14                       Brock M. Hartman WSBA No. 47442
                         Kyle D. Netterfield WSBA No. 27101
15                       2025 First Avenue PHA
                         Seattle, WA  98121
16                       Telephone: (206) 682-0565
                         Fax: (206) 625-1052
17                       Email:  knetterfield@elmlaw.com

18

19                    CAPITAL IP LAW GROUP PLLC

20                       Stephen J. Rosenman SBN 338954
                         5335 Wisconsin Ave. NW, Suite 440
21                       Washington, D.C. 20015
22                       Telephone: (202) 243-0599
                         Fax: (202) 686-2877
23                       Email:  srosenman@capiplaw.com

24

25

26

27

COMPLAINT FOR PATENT INFRINGEMENT     Page 12

# EXHIBIT  A

US007559668B1

(12) **United States Patent**     (10) **Patent No.:**     **US 7,559,668 B1**

Aubrey                            (45) **Date of Patent:**     **Jul. 14, 2009**

(54) **FLOATING MIRROR**

(76) Inventor: **Truman Aubrey**, 1472 Beaudry Blvd., Glendale, CA (US) 91208

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/197,871**

(22) Filed: **Aug. 8, 2005**

(51) **Int. Cl.**
   *F21S 8/00*     (2006.01)

(52) **U.S. Cl.** ...................................... **362/140**; 362/260

(58) **Field of Classification Search** ......... 362/135–137, 362/140, 127–129, 132–133, 260, 285, 614, 362/633, 634, 233, 238, 217, 219; 248/466–467, 248/476, 477, 475.1, 480, 479, 473, 469, 248/488, 489, 468, 490, 497; 312/224–227; 40/219

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,868,104 | A | * | 7/1932 | Hoegger | 359/854 |
| 1,930,244 | A | * | 10/1933 | Lewinsohn et al. | 362/129 |
| 2,313,838 | A | * | 3/1943 | Nordquist | 362/140 |
| 2,570,569 | A | * | 10/1951 | Leathorn | 362/140 |
| 2,609,485 | A | * | 9/1952 | Holley | 362/129 |
| 2,678,252 | A | * | 5/1954 | Swearingen | 312/223.5 |
| 2,791,675 | A | * | 5/1957 | Morrison | 362/128 |
| 2,876,056 | A | * | 3/1959 | Berger | 312/223.5 |
| 3,031,159 | A | * | 4/1962 | Waller | 52/544 |
| 3,038,771 | A | * | 6/1962 | Schwartz et al. | 312/223.5 |
| 3,104,830 | A | * | 9/1963 | Rock | 362/144 |
| 3,757,103 | A | * | 9/1973 | Walter | 362/2 |
| 4,479,172 | A | * | 10/1984 | Connor | 362/492 |
| 4,710,856 | A | * | 12/1987 | Cheung | 362/492 |
| 4,884,176 | A | * | 11/1989 | Palka et al. | 362/135 |
| 5,140,506 | A | * | 8/1992 | Katz | 362/135 |
| 5,398,906 | A | * | 3/1995 | Aydelott | 248/547 |
| 5,555,654 | A | * | 9/1996 | Hermann | 40/714 |
| 5,575,552 | A | * | 11/1996 | Faloon et al. | 362/492 |
| 5,671,097 | A | * | 9/1997 | Merriweather, Jr. | 359/871 |
| 2004/0196652 | A1* | | 10/2004 | Jines et al. | 362/140 |

FOREIGN PATENT DOCUMENTS

| GB | 2256960 A | * | 12/1992 |
|---|---|---|---|
| JP | 06062938 A | * | 3/1994 |

* cited by examiner

*Primary Examiner*—Jong-Suk (James) Lee
*Assistant Examiner*—Julie A Shallenberger
(74) *Attorney, Agent, or Firm*—G. Donald Weber, Jr.

(57)     **ABSTRACT**

An apparatus including a mirror mounted to a frame which attaches to a peripheral back lighting assembly that supports the mirror assembly.

**21 Claims, 3 Drawing Sheets**





Figure 1

Figure 2



U.S. Patent          Jul. 14, 2009          Sheet 3 of 3          US 7,559,668 B1



Figure 3

US 7,559,668 B1

**1**

## FLOATING MIRROR

### BACKGROUND

1. Field of the Invention

This invention is directed to an aesthetically pleasing back lighting assembly used with mirrors, in general, and to a back lighting assembly which, in its preferred embodiment, illuminates the entire peripheral dimension of a mirror which has translucent edges, in particular. A design that illuminates only two or three of the translucent edges is also envisioned.

2. Prior Art

There are many examples of illuminated mirrors in the product. Most of these mirrors are illuminated by separate lighting assemblies which are mounted above or to the side of the mirror. These known assemblies are largely acceptable and functional in most cases. However, these separate assemblies require additional wall space in the installation. Also, these assemblies have limitations as to the styles of light fixtures which can be used. Moreover, the installation of the requisite components poses problems in proper alignment.

In the past, attempts have been made to back light mirrors. These attempts have met with limited success. For example, the prior art units were less than acceptable in terms of the amount of light provided to the mirror. Moreover, the prior art units devices (and/or assemblies) had dark "corners" of the mirrors which resulted in the inadequate provision of light at the mirror surface as well as the aesthetically unpleasing appearance of the back lit mirror.

With fixtures using prior art, the point where a corner intersects to complete the geometry of the shape, an objectionable dark spot is present.

To eliminate this objectionable dark spot behind the translucent area of the outer perimeter of the mirror, circular fixtures have previously been introduced. Those fixtures use "circular fluorescent lamps," "circle-line" lamps have a single point of electrical connection. The fluorescent tube is formed into a round 360-degree figure. Nevertheless, even uniform illumination is not achieved behind the outer perimeter of the translucent portion of the mirror because of a dark spot where the socket termination occurs.

### SUMMARY OF THE INSTANT INVENTION

This invention is a back lit mirror apparatus. The mirror comprises a piece of silvered glass (or a typical mirror) with at least a portion of the perimeter thereof treated to remove the silver backing. Typically, the effected portion of the perimeter of the mirror is rendered translucent to reduce glare and to produce an attractive appearance. A frame for supporting the glass (mirror) also supports light sources (typically fluorescent bulbs or tubes) which are mounted so as to overlap each other at the corners of the frame in order to provide a fully illuminated perimeter of the treated mirror glass.

The invention uses standard linear fluorescent lamps that are in common usage and are readily available. Thus, the length of the conventional light source can dictate the physical dimension of a square or rectangular fixture. Other shapes with linear, three, six or other multi-sided configurations are contemplated.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded view of one embodiment of the floating mirror apparatus of the instant invention showing the general arrangement of the significant components of the application.

**2**

FIG. **2** is a partially broken away, detailed sectional view of the bottom of the support frame for the floating mirror apparatus of the instant invention.

FIG. **3** is a detailed view of the overlapping end construction of the support frame and the overlapping ends of the light sources of the floating mirror of the instant invention

### DESCRIPTION OF A PREFERRED EMBODIMENT

Referring now to FIG. **1**, there is shown an exploded view of the floating mirror assembly **10** of the instant invention. The assembly **10** comprises a mirror **100**, a mirror support sheet **200**, a support frame **300**, a mounting plate **400** with a plurality of fluorescent tube brackets (or socket supports) **305-312** and a support rack **500**. Fluorescent tubes to be mounted in the brackets and specific details of some of the components are omitted in this view.

The mirror **100** is, typically, made of a sheet of glass **102** with a silvered backing. Any conventional mirror can be utilized. A peripheral border **103** is formed around the outer edge of the glass by removing (or initially omitting) the silver backing for a prescribed distance from the edge of the mirror. In typical applications, the border is about 3" wide although this dimension is not limitative of the invention and is subject to aesthetic tastes.

The border **103** is, preferably, rendered translucent by sandblasting (or the like) during removal of the silver backing. Alternatively, the back of the glass can be acid etched or the like. Other methods of rendering the glass translucent are contemplated.

Mirror support sheet **200** is a sheet of metal or other suitable material of sufficient strength to support mirror **100** thereon. As best seen in FIG. **2**, the edges of the support (or backing) sheet **200** are bent or otherwise formed to provide a strengthening edge to the sheet. In addition, the formed edges include an appropriate lip **201** (see FIG. **2**) to interlock with ridges formed in the support frame **300** as described infra.

In a preferred embodiment, the mirror **100** is attached to sheet **200** by a suitable adhesive which is represented by layer **202** on the surface of sheet **200**. The adhesive **202** can be applied in strips or any other suitable configuration.

The support frame **300** is, typically, fabricated of metal such as, but not limited to, aluminum or the like. In a preferred embodiment, as shown in FIG. **1**, the support frame **300** includes horizontal brackets **301** and **302** as well as vertical brackets **303** and **304**. A detailed showing of the structure of the bottom bracket is provided in FIG. **2**. The horizontal and vertical brackets are joined together at the ends thereof to form the support frame **300** which is adapted to be attached to mounting plate **400**. In a preferred embodiment, the brackets (or support frame sides) exhibit a reflective finish such as glossy white paint or the like as described infra.

The brackets **301-304** include a reflective shield **375** which extends outwardly therefrom (see FIG. **2**). In a preferred embodiment, each of the reflective shields has an arcuate configuration to impart a convex outer configuration to the support frame.

Socket supports **305-312** are individually mounted at the ends of the horizontal and vertical brackets **301** through **304**. In particular, each of the individual socket supports (for example socket support **305**) extends outwardly beyond the end of the respective bracket (for example, bracket **303**). Thus, the respective socket supports on intersecting brackets extend outwardly from the ends of brackets and, effectively, cross each other. However, the socket supports do not extend (and are not visible) beyond the edges of the mirror **100**.

US 7,559,668 B1

3

Thus, the light sources which are mounted in the light sockets (see FIG. 3) are positioned behind the translucent border 103 portion of the mirror 101 essentially from edge-to-edge.

Mounting plate 400 is, typically, a sheet of metal or other suitable material of sufficient strength to support the apparatus 10. The mounting plate 400 is attached to the support frame 300, for example by welding or any other suitable means.

In the preferred embodiment, the plate 400 includes at least one aperture 401 therethrough for mounting directly to a wall or to a suitable support structure such as mounting bracket 500 described infra. However, any suitable mounting technique and apparatus can be utilized.

A suitable support rack 500 can be mounted to the supporting wall by screws, toggle bolts, molly bolts or the like. In this embodiment, the support rack includes three mounting hooks 501. The mounting plate 400 includes three apertures 401 which engage the hooks 501 wherein the apparatus 10 is adapted to be attached to the support rack 500, if desired.

In a typical arrangement, the electrical connections, ballasts and the like (represented by components 402) can be mounted on plate 400 within the receptacle space 350 formed by the assembled brackets which form frame 300.

Referring now to FIG. 2, there is shown a partially broken away, partial cross-sectional view of the floating mirror assembly 10. As noted supra, the support frame 300 is an assembly formed by joining together the ends of side brackets 301-304 (in this rectilinear embodiment) and the mounting plate 400. The receptacle space 350 (see FIG. 1) is, typically, rectilinear as defined by the frame 300.

At least one of the frame brackets, e.g., bracket 302 which forms the bottom of the frame, includes a plurality of ledges substantially perpendicular to a main planar body 325. Ledges 326 and 327 are substantially parallel to each other and form a groove 365 therebetween along the length of the frame 300. The groove 365 is adapted to receive the lower lip 201 of the mirror support sheet 200 (to which the mirror 100 is attached). After the lower lip 201 of the mirror support sheet 200 is inserted into the elongated groove 365, the mirror support sheet assembly is then placed in position within the fixture frame 300 and retained in position by screws or other suitable fasteners which are applied at or through holes in the fixture frame 300, typically towards the top of the frame sections 303 and 304, as suggested by the screws 357 and 358 shown in FIG. 1.

As seen in FIG. 2, ledge 328 extends substantially perpendicular to the inner surface 325 of frame section 302 and parallel to ledges 326 and 327. Ledge 328 is provided to receive and support mounting plate 400. The plate 400 can be attached to ledge 328 by screws, nuts and bolts, spot welding or the like, as suggested by the screws 328.

Frame brackets 301-304 include an outer edge reflector surface 375 which is attached to or formed with the planar surface 325 to form a single frame bracket. As described supra, the surface 375 is, preferably, curved to provide the convex outer surface for frame 300. In the finished assembly, the ends of brackets 301-304 are cut at an angle to provide an aesthetically pleasing mitered corner as seen in FIGS. 1 and 3.

A representative socket support 310 is shown adjacent to the under surface of bracket 302 to indicate the location thereof in the assembled unit 10. The socket support 310 can be affixed to the bracket 302 by screws 295 which pass through properly sized holes 296 and 297 through the support 310 and the bracket 302 and secured with a nut 359, a self

4

tapping screw or the like. Alternatively, these components can be spot welded together or attached in any other appropriate fashion.

A light source socket 385 is attached to the socket support by separate screws, bolts or in any appropriate fashion or by screw 295. The socket 385 is conventional in the art.

A light source 395, typically a fluorescent tube, is inserted into the socket 385 when the unit 10 is assembled. Light from source 395 passes through the translucent portion of mirror 100. In addition, the reflective shield 375 reflects light from source 395 back through the translucent peripheral portion 103 of mirror 100 which extends beyond the bracket 302 and over the light source 395 (including the respective mounting devices). Thus, a perimeter light ring appears around the mirror 100.

Referring now to FIG. 3, there is shown an enlarged view of the ends of the horizontal and vertical brackets 301 and 303 of the support frame 300 (see FIG. 2) with the socket supports 306 and 305 mounted thereon, respectively.

The socket supports 305-306 (representative of supports 305-312 in FIG. 1) are, typically, angle brackets formed of a sufficiently strong material such as aluminum or the like. These angle brackets, like the frame members, are preferably finished with a highly reflective material such as an anodized surface or the like in order to reflect light from the light source.

The socket supports 305-312 each include one or more apertures thereon to permit attachment to the respective horizontal or vertical bracket by screws, or the like. Of course, the various components may be welded or riveted together as shown by rivets 365 and 366 in FIG. 3 or may all be fabricated as a unitary member.

A conventional socket 320 of appropriate design is mounted on each socket support 305-312, typically, by screws, rivets or nuts and bolts 375A and 375B to receive the light source which is, typically, a conventional fluorescent lamp 410.

The light sources 410 are seen to overlap each other at the respective ends thereof. These ends extend beyond the respective brackets 301-304 and the respective corners which form the frame 300. Thus, referring to FIG. 2, the ends of the several (typically four) fluorescent tubes extend beyond the four corners of the frame 300. These overlapped light sources are positioned behind the translucent perimeter of the mirror 100. This arrangement provides a continuous light pattern around the entire perimeter of the mirror without dark corners and without excessive glare from the light sources.

Thus, there is shown and described a unique design and concept of a floating mirror. While this description is directed to particular embodiments, it is understood that those skilled in the art may conceive modifications and/or variations to the specific embodiments shown and described herein. Any such modifications or variations which within the purview of this description are intended to be included therein as well. It is understood that the description herein is intended to be illustrative only and is not intended to be limitative. Rather, the scope of the invention described herein is limited only by the claims appended hereto.

The invention claimed is:

1. A lighted mirror assembly comprising,
a frame,
a plurality of light sources,
a plurality of sockets for receiving said light sources,
a plurality of socket supports for respectively supporting said sockets in different planes,

5

each of said socket supports mounted to said frame with at least one end thereof extending outwardly from said frame in different planes,

each of said sockets respectively attached to said one end of said socket supports such that said sockets are located in different planes beyond said frame such that the ends of said light sources supported in said sockets overlap each in different planes other beyond said frame, and

a mirror mounted to and extending outwardly from the periphery of said frame,

at least a portion of the periphery of said mirror is translucent and extends beyond said frame and overlies said light sources and the overlapped ends thereof.

**2**. The assembly recited in claim **1** including,

a mounting means mounted to said frame in order to support the assembly.

**3**. The assembly recited in claim **2** including,

electrical components mounted to said mounting means to control the operation of said light sources.

**4**. The assembly recited in claim **1** wherein,

said frame includes support means for supporting said mirror thereon.

**5**. The assembly recited in claim **4** including,

a support sheet attached a rear surface of said mirror for mounting said support means of said mirror to said frame.

**6**. The assembly recited in claim **1** wherein,

said frame comprises a plurality of side members which are joined together at the ends thereof.

**7**. The assembly recited in claim **2** including,

a support rack engaging said mounting means for selectively mounting said assembly to a support structure.

**8**. The assembly recited in claim **1** wherein,

said light sources comprise fluorescent light tubes.

**9**. The assembly recited in claim **1** including,

reflective shields extending outwardly from said frame to reflect light from said light sources through said portion of said mirror which is translucent.

**10**. The assembly recited in claim **9** wherein,

said reflective shields are arcuate in configuration.

**11**. The assembly recited in claim **9** wherein,

said frame and said reflective shields are fabricated with a reflective material.

**12**. The assembly recited in claim **5** including,

adhesive means for attaching said mirror to said support sheet.

**13**. The assembly recited in claim **5** wherein,

said support means of said frame includes a plurality of substantially parallel ledges on a surface thereof which ledges form at least one groove therebetween, and

said grove is adapted to receive a portion of said support means.

**14**. A back lit mirror assembly comprising,

a mirror comprising a piece of silvered glass with a peripheral border portion thereof which has been treated to render the peripheral border portion translucent,

a frame for supporting said mirror,

a plurality of light source support means mounted to and extending beyond the perimeter of said frame in a spaced apart planes, and

a plurality of elongated light sources which are mounted respectively to said light source support means so as to extend beyond the perimeter of said frame in different planes thereby to overlap each other beyond corners of said frame and behind the peripheral border portion of said mirror in order to provide a fully illuminated perimeter of said mirror.

6

**15**. The assembly recited in claim **14** including,

socket supports attached to said frame to support sockets for said light sources.

**16**. The assembly recited in claim **14** wherein,

said light sources comprise linear fluorescent lamps.

**17**. The assembly recited in claim **14** wherein,

said frame includes at least one groove therein for receiving and securing said mirror to said frame.

**18**. The assembly recited in claim **14** including,

a support rack adapted for mounting to a separate support structure to receive and support the frame of the assembly.

**19**. A mirror assembly with full peripheral back-lighting comprising,

a frame,

a plurality of socket support means

mounted to said frame in spaced apart relationship with portions thereof extending outwardly from said frame in different planes,

sockets for mounting light sources,

each of said sockets respectively attached to said portions of said socket support means such that light sources mounted in said sockets extend outwardly from the frame such that ends of adjacent light sources overlap each other in different planes,

a mirror mounted to said frame and extending outwardly from the periphery thereof,

a support sheet attached to said mirror for supporting said mirror,

said frame includes a plurality of substantially parallel ledges which form at least one groove therebetween to receive a portion of said support sheet and said mirror,

a translucent band included at the entire periphery of said mirror,

a support rack adapted to be mounted on an external support structure for mounting said assembly to the support structure, and

reflective shields extending outwardly from said frame and mounted to reflect light from light sources mounted in said sockets through said translucent band at the periphery of said mirror.

**20**. A back lit mirror assembly comprising,

a mirror comprising a sheet of silvered glass,

a peripheral band of said mirror which is translucent,

a support sheet attached to the rear surface of said mirror,

a frame comprising a plurality of side members which are joined together at ends thereof,

a plurality of socket supports mounted to and extending outwardly from each of the side members of said frame adjacent the ends of the side members such that the outer ends of said socket supports on adjacent side members overlie each other,

a plurality of light sockets respectively attached to said outer ends of said socket supports such that said light sockets extend beyond the side members of said frame and overlie each other in different planes,

said mirror mounted to and extending outwardly from the periphery of said frame,

a plurality of elongated light sources,

said light sources are mounted in said light sockets such that ends of adjacent said light sources overlap each other in different planes at external corners of said frame behind said peripheral band of said mirror in order to provide a fully illuminated perimeter of said mirror,

support means on one of said side members of said frame for supporting said mirror and said support sheet thereon,

US 7,559,668 B1

**7**

a support rack adapted to be mounted on a separate support structure for mounting said assembly to the support structure, and

reflective shields extending outwardly from said frame and mounted to reflect light through said peripheral band portion of said mirror which is translucent.

**8**

21. The assembly recited in claim **20** wherein,

a plurality of substantially parallel ledges at one of the sides of said frame which ledges form at lest one groove therebetween to receive a portion of said support sheet and said mirror.

\* \* \* \* \*

# EXHIBIT  B

US007805260B2

(12) **United States Patent**
Mischel, Jr. et al.

(10) **Patent No.:** **US 7,805,260 B2**
(45) **Date of Patent:** **Sep. 28, 2010**

(54) **MIRROR ASSEMBLY**

(75) Inventors: **James V. Mischel, Jr.**, Seattle, WA (US); **James V. Mischel, Sr.**, Lynnwood, WA (US)

(73) Assignee: **Electric Mirror, LLC**, Everett, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 19 days.

(21) Appl. No.: **12/047,243**

(22) Filed: **Mar. 12, 2008**

(65) **Prior Publication Data**

US 2008/0212218 A1 Sep. 4, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/563,119, filed on Nov. 24, 2006.

(60) Provisional application No. 60/794,209, filed on Apr. 21, 2006, provisional application No. 60/739,399, filed on Nov. 23, 2005, provisional application No. 60/739,156, filed on Nov. 23, 2005.

(51) **Int. Cl.**
*G02B 7/182* (2006.01)

(52) **U.S. Cl.** ........................ **702/44**; 362/83.1; 362/135; 362/140; 348/826; 348/836; 359/839; 359/871; 359/460; 40/219; 40/714

(58) **Field of Classification Search** ................. 359/839, 359/871, 460; 362/492, 611, 2, 141, 308, 362/25, 135, 129, 83.1, 140; 348/795, 744, 348/791, E9.027; 40/219, 714
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,138,552 A | 5/1915 | Goddard | |
| 3,038,771 A | 6/1962 | Schwartz | |
| 3,757,103 A | 9/1973 | Walter | |
| 4,922,384 A | 5/1990 | Torrence | |
| 5,575,552 A | 11/1996 | Faloon | |
| 5,592,240 A * | 1/1997 | Sakamoto et al. | ........... 348/807 |
| D433,573 S | 11/2000 | Rochon | |
| 6,709,114 B1 * | 3/2004 | Duggan et al. | ................ 353/74 |
| 6,833,880 B1 * | 12/2004 | Chen | ........................... 348/787 |

(Continued)

OTHER PUBLICATIONS

"ACQUA," ASCOLights.co.uk, <http://web.archive.org/web/20040603034329/www.ascolights.co.uk/Bathroom__mirrors.html>, as early as Jun. 2004.

(Continued)

*Primary Examiner*—Carol S Tsai
(74) *Attorney, Agent, or Firm*—Peloquin, PLLC; Mark S. Peloquin, Esq.

(57) **ABSTRACT**

A mirror assembly mountable to a wall is provided. The mirror assembly includes a mirror platform having a front surface and a rear surface, and a chassis mountable to the mirror platform. At least one electrical component is disposed between the mirror platform and the chassis. An electrical passageway is formed within the chassis for allowing the electrical component to be placed into communication with a power source located remotely from the mirror assembly. A recess is also formed within the chassis for housing a connection between the power source and the electrical component such that the chassis can be mounted substantially flush against the wall when the electrical component is electrically connected to the power source.

**20 Claims, 14 Drawing Sheets**



**US 7,805,260 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,921,174 | B1 * | 7/2005 | Duggan et al. ............... 353/74 |
| 7,012,727 | B2 * | 3/2006 | Hutzel et al. ............... 359/265 |
| 7,287,737 | B2 * | 10/2007 | Rossi ...................... 248/475.1 |
| 2005/0005494 | A1 | 1/2005 | Way |
| 2006/0150462 | A1 * | 7/2006 | Rossi ......................... 40/700 |
| 2007/0046841 | A1 * | 3/2007 | Jacobsmeyer et al. ....... 348/836 |
| 2007/0159316 | A1 * | 7/2007 | Mischel et al. ............. 340/461 |
| 2007/0201132 | A1 * | 8/2007 | Cannon et al. ............. 359/460 |

### OTHER PUBLICATIONS

"Circular Inspiration," ElectricMirror.com, <http://web.archive.org/web/20040107191514/www.electricmirror.com/Images/Lighting+Stations/Circular+Inspiration+Specification.pdf>, as early as Aug. 2003.

"Fusion," ElectricMirror.com, <http://web.archive.org/web/20030828072111/http://www.electricmirror.com/Images/Lighting%20Stations/Fusion%20Specification.pdf>, as early as Aug. 2003.

"IMA89 Mirror Light," TheLightingSuperStore.co.uk, <http://web.petabox.bibalex.org/web/20050203025240/"IMA89 Mirror Light," TheLightingSuperStore.co.uk, <http://web.petabox.bibalex.org/web/20050203025240/thelightingsuperstore.co.uk/category.asp?catcode=84>, as early as 2005.

"Masterpiece," ElectricMirror.com, <http://web.archive.org/web/20030831074237/http://www.electricmirror.com/Images/Lighting%20Stations/MasterpieceSpecification.pdf>, as early as Aug. 2003.

"Momentum," ElectricMirror.com, <http://web.archive.org/web/20030822110335/www.electricmirror.com/Images/Lighting+Stations/Momentum+Specification.pdf>, as early as Aug. 2003.

"Radiance," ElectricMirror.com, <http://web.archive.org/web/20030813193138/www.electricmirror.com/Images/Lighting+Stations/Radiance+Specification.pdf>, as early as Aug. 2003.

* cited by examiner



*Fig.1.*



*Fig.2.*



*Fig.3.*



*Fig. 4.*

*Fig.5.*



Fig.6.



*Fig. 7.*



*Fig.8.*
*(PRIOR ART)*

*800*

*900*

*Fig.9.*



*Fig.10.*



*Fig.11.*



*Fig.12.*



*Fig.13.*



*Fig.14.*



*Fig.15.*

US 7,805,260 B2

1
## MIRROR ASSEMBLY

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation-in-part of prior U.S. patent application Ser. No. 11/563,119, filed Nov. 24, 2006, which claims the benefit of U.S. Provisional Application No. 60/794,209, filed Apr. 21, 2006; U.S. Provisional Application No. 60/739,399, filed Nov. 23, 2005; and U.S. Provisional Application No. 60/739,156, filed Nov. 23, 2005, the disclosures of which are all expressly incorporated herein by reference.

### BACKGROUND

Currently available mirror and television devices typically include a television mounted to the back of a mirror. This arrangement is a convenient space saving device as it embeds a television in the existing space occupied by a mirror. The mirror assembly normally includes a mirror reversibly affixed to a chassis, wherein the chassis is suitably designed to be mounted to a wall. Although available, these devices typically suffer from either poor transmissivity or reflectivity.

The transmissivity and reflectivity of a mirror are roughly inversely related. That is, a mirror with high transmissivity generally has low reflectivity, and a mirror with high reflectivity generally has low transmissivity. As a result, a mirror with high transmissivity will allow more light from a television located behind the mirror to pass through the mirror, resulting in better viewing of the image displayed on the television. However, such a mirror will also have a relatively low reflectivity, resulting in a lower quality reflection in the mirror.

In addition to the presenting the difficulty of balancing television image quality with the reflection quality, current mirror/television combinations do not provide additional sources of illumination, such as back lighting. This results in the need for separate light fixtures in addition to the mirror/television combination, which can cause additional installation costs and unsightly clutter.

The television and light sources, as well as their corresponding electrical components (such as one or more ballasts, terminal blocks, power covers, and associated wiring) are enclosed within the mirror assembly. Power is typically supplied to the electrical components by passing a power cable through an opening in the chassis. The power cable may be either hard wired to the building wiring, or the power cable may instead include a plug that is receivable within a pre-existing electrical outlet.

To connect the components to the electrical wiring of a building, and particularly a commercial building, it is normally required that an electrician install the mirror so that it is done according to the National Electrical Code. This can significantly add to the cost of installing the mirror, especially when a large number of mirrors are being installed in a building, such as in a hotel.

Pre-installing a power cord on the mirror that plugs directly into an electrical outlet is certainly less expensive than hard-wiring the components to the building wiring; however, the outlet must normally be recessed such that the power plug does not interfere with the mirror when the mirror is mounted to the wall.

Thus, it is desired to have a mirror assembly having electrical components that can be placed into electrical communication with an existing electrical outlet without interfering with the mirror assembly.

2
### SUMMARY

A mirror assembly mountable to a wall is provided. The mirror assembly includes a mirror platform having a front surface and a rear surface, and a chassis mountable to the mirror platform. At least one electrical component is disposed between the mirror platform and the chassis. An electrical passageway is formed within the chassis for allowing the electrical component to be placed into communication with a power source located remotely from the mirror assembly. A recess is also formed within the chassis for housing a connection between the power source and the electrical component such that the chassis can be mounted substantially flush against the wall when the electrical component is electrically connected to the power source.

This summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This summary is not intended to identify key features of the claimed subject matter, nor is it intended to be used as an aid in determining the scope of the claimed subject matter.

### DESCRIPTION OF THE DRAWINGS

The foregoing aspects and many of the attendant advantages of the present disclosure will become more readily appreciated by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

FIG. **1** is an isometric view of a representative mirror/media display device assembly constructed in accordance with one embodiment of the present disclosure;

FIG. **2** is an exploded front isometric view of the mirror/media display device assembly of FIG. **1**;

FIG. **3** is an exploded rear isometric view of the mirror/media display device assembly of FIG. **1**;

FIG. **4** is a cross-sectional view of the mirror/media display device assembly of FIG. **1** constructed in accordance with a first embodiment of the present disclosure;

FIG. **5** is a cross-sectional view of a mirror/media display device assembly constructed in accordance with a second embodiment of the present disclosure;

FIG. **6** is a cross-sectional view of a mirror/media display device assembly constructed in accordance with a third embodiment of the present disclosure;

FIG. **7** is a cross-sectional view of a mirror/media display device assembly constructed in accordance with a fourth embodiment of the present disclosure;

FIG. **8** is an isometric view of a previously known media display device with an external power adapter; and

FIG. **9** is an isometric view of the media display device of a mirror/media display device assembly, showing the media display device having power adapter constructed in accordance with one embodiment of the present disclosure;

FIG. **10** is an exploded isometric view of a mirror/media display device assembly constructed in accordance with a fifth embodiment of the present disclosure;

FIG. **11** is a partial cross-sectional view of the mirror/media display device assembly of FIG. **10**;

FIG. **12** is a partial cross-sectional view of the mirror/media display device assembly of FIG. **10**, wherein the mirror/media display device assembly is shown assembled;

FIG. **13** is an exploded isometric view of a mirror/media display device assembly constructed in accordance with a sixth embodiment of the present disclosure;

US 7,805,260 B2

3

FIG. **14** is a partial cross-sectional view of the mirror/media display device assembly of FIG. **13**, wherein the mirror/media display device assembly is shown assembled; and

FIG. **15** is an exploded isometric view of a mirror/media display device assembly constructed in accordance with a seventh embodiment of the present disclosure.

DETAILED DESCRIPTION

A mirror/media display device assembly **100** constructed in accordance with one embodiment of the present disclosure may be best understood by referring to FIGS. **1**-**4**. The mirror/media display device assembly **100** includes a framed or frameless mirror platform **102** attached to a chassis **140**. The mirror platform **102** includes a substantially reflective surface **132**, one or more translucent back lit portions **130**, and a media display device viewing portion **128**, through which a media display device **120** located behind the mirror platform **102** can be viewed. The chassis **140** includes edge sections **142** arranged to form a perimeter (i.e., periphery) of the chassis **140**. The edge sections **142** include one or more apertures **148**. Although the chassis **140** is described as including apertures **148**, it should be apparent that chassis **140** without apertures **148** are also within the scope of the present disclosure. Light emanating from the assembly **100** is illustrated schematically by reference numeral **134**.

The one or more back lit portions **130** located on the mirror platform **102** have substantially no reflectivity (e.g., frosted glass, acid etched glass or clear glass). These back lit portions **130** are translucent, allowing light emitted from one or more light sources **122** disposed within the mirror/media display device assembly **100** to pass through the mirror platform **102**. The number, configuration, and arrangement of back lit portions **130** can be varied to achieve different lighting effects. As a non-limiting example, the back lit portion **130** is configured as a single, continuous portion extending around the perimeter of the mirror platform **102**.

Light radiated from the light source **122** radiates through the plurality of apertures **148** to illuminate the surroundings of the mirror/media display device assembly **100**. Illuminating the surroundings, such as the wall on which the mirror/media display device assembly **100** is mounted, creates a back lighting effect. The number and location of the apertures can be varied to achieve the desired visual atmosphere. For example, each side of the chassis includes a single aperture that extends along the length of the side of the chassis. In another embodiment, the chassis includes a single aperture that extends along the length of the lower edge of the chassis, illuminating a sink or countertop above which the mirror/media display device assembly **100** is mounted.

The apertures **148** of the chassis **140** can be optionally covered by a transparent or translucent material (e.g., a plastic strip). In addition to helping to prevent dirt and moisture from entering the mirror/media display device assembly **100**, the material can be colored so that light radiated through the apertures **148** creates a desired visual effect.

In another embodiment, back lighting is provided by radiating light through the back lit portions **130** of the mirror platform **102**. As noted above, the back lit portions **130** include translucent areas having substantially no reflectivity or could be partially reflective. The low reflectivity allows light from the light source **122** to pass through the mirror, illuminating the back lit portions **130** of the mirror platform **102**. The number and shape of the back lit portions **130** can be varied to provide desired visual effects.

The media display device **120** is mounted within the mirror/media display device assembly **100** so that the screen of

4

the media display device **120** aligns with the media display device viewing area **128** of the mirror platform **102**. The term "media display device" should be understood to include any media display device suitable for receiving television signals, computer signals, VGA connections, digital signals, etc., and displaying a corresponding image.

The media display device **120** includes a well-known indicator light **136** and infrared sensor **138**. The indicator light **136** provides a signal indicating whether the media display device is "powered on" or "powered off." The infrared sensor **138** provides a remote communication port with the media display device **120**. The indicator light **136** and infrared sensor **138** are suitably located on a forward face of the media display device housing.

When the media display device is installed, the infrared sensor **138** and indicator light **136** each aligns with a part the mirror platform **102** having little or no reflectivity. The reduced reflectivity makes the indicator light more readily visible from the front side of the mirror platform **102** and also allows the infrared signal from a remote control to pass through the mirror platform **102**.

In one embodiment, the media display device **120** is attached to the mirror/media display device assembly **100** by a suitably shaped and configured mounting bracket (not shown). The media display device **120** can be attached to the mounting bracket with removable fasteners, such as screws and magnets. The mounting bracket is open on one side, typically the top or bottom so that it does not interfere with audio/video connections of the media display device **120**. One version of the mounting bracket allows the media display device **120** to slide in from the bottom and snap into place without being mechanically fastened.

For circumstances in which the mirror/media display device assembly **100** cannot be easily removed from a wall, an access area (not shown) can be provided through the bottom of the chassis **140**. The access area allows a user to reach up behind the mirror platform **102** and remove the media display device **120** for repair or replacement. In a like manner, the media display device **120** can be easily remounted through the access area.

Referring to FIG. **2**, the chassis **140** includes a central opening **166** sized for a direct connection of an external electrical cable **160** to a terminal block **158** which, in turn, is in electrical communication with an electrical ballast **156**. The connection at the terminal block **158** is covered with a metal box to provide an isolated electrical connection and thereby eliminate the need for an external electrical box. A further opening or openings are provided to accommodate a power receptacle and audio and video connections. As an alternative electrical connection the lighting components could be plugged into a receptacle. The chassis **140** is suitably manufactured from a variety of materials including, metal, wood, fiberglass, and various polymers. Polymers and other materials can optionally be transparent or translucent.

As best seen in FIG. **3**, the mirror platform **102** includes a rear surface **126** having flanges **152**. The flanges **152** include slots for receiving hanging pins **154**, which are attached to the back surface **146** of the chassis **140** (see FIG. **2**), to removably couple the mirror platform to the chassis **140**. It should be appreciated that the mirror platform can be coupled to the chassis through any of a variety of suitable methods, including temporary fasteners, permanent fasteners, adhesives, etc.

FIG. **4** illustrates a mirror/media display device assembly **100** having a mirror platform **400** constructed in accordance with one embodiment of the present disclosure. The mirror platform **400** includes a glass layer **404**, a reflective layer **406**,

US 7,805,260 B2

5

6

and backing layer **408**. For ease of description and clarity, such a mirror platform **400** is referred to as a "transmissive mirror."

The transmissive mirror includes a front surface **424** and a rear surface **426**. The reflective layer **406** provides a partial reflectivity to the transmissive mirror and is suitably formed by a reflective film, a sputter coating, or any other type of suitable reflective material. The reflective layer **406** is both reflective and transmissive. While the reflective layer **406** is shown on the rear surface **426** of the transmissive mirror, it can also be located on the front surface **424** or both the front and rear surfaces **424** and **426** of the transmissive mirror. The transmissive mirror is partially transmissive, preferably having a transmissivity of about 50%, although mirrors having transmissivity between about 30% and about 70% are within the scope of this embodiment.

Still referring to FIG. **4**, the backing layer **408** is selectively disposed on the rear surface **426** of the transmissive mirror. The backing layer **408** increases the reflectivity of the mirror platform **400** in areas to which it is applied. Because of the increased reflectivity, these areas provide a better reflection, which is closer to that of a standard mirror, than do the portions of the transmissive mirror to which the reflective backing is not applied.

The backing layer **408** is not applied to the transmissive mirror in the media display device viewing area **428**. As a result, while the media display device viewing area **428** has some reflectivity due to the reflectivity of the transmissive mirror, the media display device viewing area **428** has less reflectivity than the areas of the transmissive mirror to which the backing layer **408** has been applied. The reduced reflectivity in the media display device viewing area **428** causes less glare and consequently results in a clearer view of the images displayed on the media display device.

It should be appreciated, however, that when the media display device **120** is turned off, the substantially black media display device screen located behind the media display device viewing area **428** will change the light ratio between the front and back of the mirror; thereby, allowing transmissive mirror to operate at its maximum reflectivity. Accordingly, the reflection from the media display device viewing area **428** will more closely match that of the rest of the transmissive mirror, causing the media display device viewing area **428** to blend in with the rest of the transmissive mirror.

The backing layer **408** is suitably formed from a reflective film, sputter coating, silvering, or any other material that enhances reflectivity when applied to a surface **426**. Depending on the material used, a variety of suitable techniques can be used to selectively apply the reflective backing, including masking areas in which the reflective backing is not to be applied, using computer controlled applicators, or applying the backing to the entire transmissive mirror and then selectively removing it.

The transmissive mirror also includes first and second back lit portions **430** and **432**. The back lit portions **430** and **432** are suitably formed on the transmissive mirror by different methods. As previously described, the back lit portions are at least partially translucent, having lower reflectivity and/or higher transmissivity than the rest of the transmissive mirror. Accordingly, back lit portions **430** and **432** can be formed by decreasing the reflectivity of the back lit portion relative to the rest of the transmissive mirror.

A first back lit portion **430** formed on the mirror platform **400** is similar in construction to the media display device viewing area **428**. The first back lit portion **430** is defined by an area where the backing layer **408** is not present. As previously discussed with regard to the media display device view-

ing area, the first back lit portion **430** can be formed by the selective application of the backing layer **408**, during which the backing layer **408** is not applied to the first back lit portion, or the selective removal of the reflective backing after it has been applied to the first back lit portion. The backing layer **408** may be removed from the first back lit portion by any suitable method, including acid etching, and an acid dip prior to which areas of the reflective backing that are to remain are masked. A film simulating a "frosted" effect may be placed on the backside of reflective layer **406**.

When light from a light source **422** is irradiated on the rear surface of the mirror platform **400**, the portions of the transmissive mirror to which the backing layer **408** has been applied to reflect the light back from the rear surface **426** of the transmissive mirror and consequently, substantially none of the light passes through the transmissive mirror to illuminate the front surface **424** mirror platform **400**. In contrast, when light from the light source **422** strikes a portion of the transmissive mirror without backing layer **408**, at least part of the light travels through the transmissive mirror, thereby illuminating the back lit portion **430** of the mirror platform **400**. When the light source **422** is in an "off" state, the back lit portion **430** reverts back to having the reflectivity of a standard mirror.

A second back lit portion **432** is provided on the mirror platform **400**. The second back lit portion **432** is similar to the first back lit portion **430** except that, in addition to the backing layer **408**, some or all of the reflective layer **406** of the transmissive mirror is also removed in the area of the second back lit portion **432**. Consequently, when light from the light source **422** is irradiated onto the rear surface **426** of the mirror platform **400** at a second back lit portion **432**, at least some of the light is transmitted through the transmissive mirror to illuminate the front surface of the mirror platform **400** at the second back lit portion **432**.

Further, because at least some of the reflective layer **406** of the transmissive mirror has been removed, a greater percentage of light from the light source **422** will pass through the second back lit portion **432** than will pass through the first back lit portion **430**. It should be appreciated that any suitable number of back lit portions, such as three, four, five, six, etc., can be formed on the platform assembly **400** and, therefore, are also within the scope of the present disclosure.

The reflective layer **406** and the backing layer **408** may be removed from the second back lit portion by any suitable method, including sand blasting, acid etching, and an acid dip. Areas of the reflective layer **406** and backing layer **408** that are to remain are masked prior to removal treatment. Sandblasting, is particularly effective for providing a "frosted" effect in the back lit portion **432**. A protective coating may be applied to the sand blasted areas of the glass to allow the sand blasted areas to be more easily cleaned and prohibit staining from finger prints, dirt, etc. This could occur for sand blasting on the front or back surface of the mirror.

In addition, the resist used to mask off the mirror for sand-blasting may also be used as a safety back material. Typically, the resist is removed from the mirror after it has been sand blasted. In this case the resist would be left on and act as a safety backing. The resist may be laid on the back of the mirror and cut by a laser or other method or may be plotted and then placed on the back of the mirror.

Areas of the backing layer **408** and/or the reflective layer **406** of the transmissive mirror can also be selectively removed to provide areas of lower reflectivity to accommodate an indicator light **136** or an infrared sensor **138** (see FIG. **1**).

US 7,805,260 B2

7

8

FIG. **5** illustrates a mirror/media display device assembly **100** having a mirror platform **500** constructed in accordance with a second embodiment of the present disclosure. The mirror platform **500** is substantially identical in construction, material and operation as the mirror platform **400** described above with the following exceptions.

The mirror platform **500** includes a glass layer **504** and a backing layer **506**, and also includes a front surface **524** and a rear surface **526**. The rear surface **526** of the backing layer **506** is typically painted with a protective paint. For ease of description and clarity, the mirror platform **500** is referred to as a "standard mirror."

The standard mirror provides substantially no transmissivity, while reflecting almost all incident light. Commercially available standard mirrors, which are suitable for use with this embodiment, typically have a reflectivity of about 98%, which provides a very good reflection in the mirror portion of the mirror platform **500**. However, it should be appreciated that a mirror having a lower reflectivity than a standard mirror can be used within the scope of this embodiment. Further, while a standard mirror usually has a backing layer **506** located on the rear surface **526** of the mirror, a standard mirror with a reflective material located on the front surface **524** of the mirror can also be used.

The mirror platform **500** also includes a media display device viewing area **528**. The media display device viewing area **528** is formed by an area that has been made non-reflective by selectively removing the backing layer **506** from the glass layer **504**. A preferred method for selectively removing the reflective backing includes isolating the area by applying tape, printed ink or a similar item to the back of the standard mirror around the area from which the reflective backing is to be removed. Paint remover or a similar solvent is then applied to the rear surface **528**, and paint is removed with a scraping device such as a razor blade.

The area is then washed with water or other suitable material to remove the paint and expose the backing layer **506** of the standard mirror. A sharp instrument is used to define the outer perimeter of the media display device viewing area **528**, and an etching solution, such as Ferric chloride (FEC13), printed circuit board etching solution, or a similar material is applied to the exposed backing layer **506**. After the solution sits for a suitable length of time, the solution is wiped away, which removes the backing layer **506**, leaving only the glass layer **504**. In an alternative embodiment, the media display device viewing area **528** is masked off on a piece of glass, and backing layer **506** is added to the glass layer **504**.

After the backing layer **506** has been removed, the media display device viewing area **528** is close to 100% transmissive. Accordingly, when the media display device **520** is aligned with the media display device viewing area **528**, the light from the media display device is transmitted through the glass layer **504** with minimal loss, making the images on the media display device screen readily visible from the front of the mirror platform **500**.

In addition to the media display device viewing area **528**, the backing layer **506** can also be removed from locations on the mirror platform **500** corresponding to an indicator light **136** or an infrared sensor **138** (see FIG. **1**).

A back lit portion **530** of the mirror platform **500** allows light from a light source **522** located behind the rear surface **526** to pass through to illuminate a portion of the front surface **524** of the mirror platform **500**. Back lit portions **530** are at least partially translucent and can be formed using the same processes employed to create the media display device viewing area **528**. Alternately, sand blasting, chemical etching, dipping in a chemical bath, or treatment in any other manner

previously disclosed, are also within the scope of the present disclosure to form back lit portions. A clear backing film may be added to the back side of the mirror to create safety mirror while at the same time allowing for light and display image to shine through.

FIG. **6** illustrates a mirror/media display device assembly **100** having a mirror platform **600** constructed in accordance with yet another embodiment of the present disclosure. The mirror platform **600** is substantially identical in construction, material and operation as the mirror platforms described above with the following exceptions.

The mirror platform **600** includes a glass layer **604** and a reflective layer **606**. The reflective layer **606** is selectively removed from the rear surface **626** of the mirror platform **600** to form a media display device viewing area **628**. Light emitted from the media display device **620** passes through the front surface **624** of the glass layer **604**, making the images from the media display device **620** visible from the front surface of the mirror platform **600**.

The mirror platform **600** also includes a polarized film **632**. The polarized film **632** is disposed between the media display device **620** and the glass layer **604**. The media display device **620** emits polarized light, approximately 100% of which is selectively allowed to pass through the polarized film **632**. One example of suitable media display device is an LCD media display device, which is known to emit polarized light. The light passes through the polarized film **632** and the glass layer **604**, allowing the media display images to be viewed from the front of the mirror platform **600**.

The polarized film **632** is reflective when the media display device is off, resulting in an increased reflectivity in the media display device viewing area. As a result, the media display device viewing area **628** of the mirror platform **600** blends into the surrounding mirror, making it less noticeable when the media display device is in an "off" state.

The polarized film **632** is preferably attached directly to the glass layer **604** of the mirror platform **600**. Attaching the polarized film **632** in this manner places the film in substantially the same plane as the backing layer **606**, thereby minimizing the difference between the appearance of the standard mirror portion and the media display device viewing portion. Alternately, the polarized film **632** can be mounted on a separate piece of glass, which is then disposed between the media display device **620** and the glass layer **604**. As an alternative to the polarized film **632**, a transmissive mirror may be used.

The mirror platform **600** may also include one or more back lit portions **630**. The back lit portions **630** are at least partially translucent and can be formed using any previously disclosed method suitable for forming the back lit portions **530**.

FIG. **7** illustrates a mirror/media display device assembly **100** having a mirror platform **700** constructed in accordance with still yet another embodiment of the present disclosure. The mirror platform **700** is substantially identical in construction, material and operation as the mirror platforms described above with the following exceptions.

The mirror platform **700** includes a glass layer **704** and a reflective layer **706**. The mirror platform **700** also includes a front surface **724** and a rear surface **726**. The reflective layer **706**, which is not completely opaque, is affixed to one or both sides of the glass layer **704**. The reflective layer **706** gives the mirror platform **700** a high reflectivity. In addition, the reflective coating imparts a low transmissivity, typically in the range of about 10% to about 25%.

The media display device **720** is a high brightness media display device, having a brightness in the range of about 500

US 7,805,260 B2

9

to about 2000 nits. The low transmissivity of the mirror platform **700** prevents transmission of about 75% to 90% of the light emitted from the media display device **720**. The remaining 10% to 25% of the emitted light passes through the glass layer **704** and can be viewed from the front of the mirror platform **700**. Standard media display devices typically operate in a range of about 300 to 500 nits of brightness. Accordingly the brightness of the media display device **720** and the transmissivity of the mirror platform **700** can be chosen to provide a desired image brightness.

For example, a transparent mirror with a transmissivity of [25]% can be paired with a media display device having about 2000 nits of brightness, resulting in an image viewed from the front side of the mirror platform **700** with a brightness of about 500 nits. The operating environment can also influence the selection of the transmissivity of the transparent mirror and the brightness of the media display device.

The quality of the reflection from the mirror platform **700** can be improved by applying a backing layer **740** to the rear surface **726** in locations other than the media display device viewing area **728** or a back lit portion **730**. The backing layer **740** is preferably black, and may also act as a safety backing, and reduces the transmissivity of the mirror, thereby improving the quality of the reflection in those areas of the mirror to which the black backing is applied. Further, the media display device **720** has a generally black screen when turned off, increasing the reflectiveness of the mirror in the media display device viewing area **728**. As a result, the quality of the reflection in the media display device viewing area is improved when the media display device is in a "off" state.

The mirror platform **700** may also include one or more back lit portions **730**. The back lit portion **730** is formed by selectively removing the reflective layer **706** from the glass layer **704**. Sandblasting is preferably used, but any suitable method can be used, including chemical etching, chemical bath, or abrasion. The back lit portions **730** are at least partially translucent and allow more light to pass through than do the portions of the mirror platform **700** from which the reflective coating has not been selectively removed. As a result, light from a light source **722** located behind the mirror platform **700** passes through the glass layer **704**, illuminating the back lit portion **730**.

As may be best seen by referring to FIG. **9**, it is preferred that the media display device **120** has a thin profile, such as about one inch or less. Such a thin profile minimizes the distance that the mirror/media display device assembly **100** extends from a wall to which it is mounted. In general, the overall thickness of the mirror/media display device assembly **100** is less than about two and one-quarter inches and, in some embodiments, as thin as one and one-quarter inches, or less.

To assist in achieving the desired thin profile, the media display device **120** is configured so that audio and visual connection components (such as the audio wire, RF cable, S-video cable, power cable) come directly out the top or in some cases, the bottom of the housing of the media display device **120** rather than from the rear of the media display device **120**. To further decrease the space required to house the media display device **120**, the disclosed media display device has an integral, low-profile power adapter **900** that fits within the thin (e.g., one inch) media display device housing.

As illustrated in FIG. **8**, known media display device units that are less than two inches in thickness have large, external power adapters **800** that take up considerable space. The added thickness of the power adapter **800** often requires a wall recess behind the mirror/media display device assembly.

10

FIG. **9** illustrates an integral, low-profile power adapter **900** constructed in accordance with one embodiment of the present disclosure.

The power adapter **900** is contained in the housing of a media display device **120**. One example of a suitable low-profile power adapter is Model No. TR36A-12, manufactured by Cincon Electronics Co. LTD. Making the low-profile power adapter **900** integral to the media display device also simplifies assembly by reducing the number of parts to be assembled.

Referring to FIG. **10**, an alternate embodiment of a mirror/media display device assembly **1100** includes a chassis **1140** adapted to mount the mirror platform **1102** to a wall W in a manner such that the mirror electrical components can be placed into electrical communication with an existing electrical outlet without interfering with the mirror/media display device assembly **1100**. The mirror platform **1102** of the mirror/media display device assembly **1100** includes a front reflective surface **1132** and a mirror rear surface **1126** (see FIG. **11**). As illustrated in FIG. **10**, the mirror platform **1102** includes a frame **1134** that surrounds the reflective surface **1132**; however, it should be appreciated that the mirror platform **1102** may instead be frameless and/or include a translucent back lit portion as shown in FIG. **1**.

The mirror/media display device assembly **1100** includes a chassis **1140** that is engageable with the mirror platform **1102** and is adapted to mount the mirror platform **1102** to a wall W while at the same time housing any mirror electrical components, such as the media display device **1120** and/or any light sources (not shown). Although the chassis **1140** may be any suitable design to properly support the mirror electrical components and mount the mirror platform **1102** to the wall W, a first exemplary embodiment shown in FIGS. **10** and **11** depicts a chassis **1140** having a major surface **1104**.

The major surface **1104** of the chassis **1140** is substantially sized and shaped to correspond to the mirror platform **1102**, which may be rectangular, square, round, or any other suitable shape. The major surface **1104** is positionable in a parallel relationship to the mirror platform **1102** when the chassis **1140** is engaged with the mirror platform **1102**. The major surface **1104** includes an opening **1105** that is suitably sized to provide access to the wall W when mounting the mirror/media display device assembly **1100** to the wall W. The opening **1105** may consume a large portion of the major surface **1104**, as shown in FIG. **10**, or it may instead be formed in only a portion of the major surface **1104**, as shown in FIGS. **13** and **14**.

The chassis **1140** further includes an edge section **1142** extending around the perimeter of the chassis major surface **1104**. The edge section **1142** extends a predetermined distance from the chassis major surface **1104** in a substantially transverse manner. When the chassis **1140** is mounted to the mirror platform **1102**, the edge section **1142** extends between the chassis major surface **1104** and the mirror rear surface **1126** to enclose the interior of the chassis **1140** and any electrical components therewithin. However, it should be appreciated that the edge section **1142** may instead include apertures such that light radiating from any light source within the chassis radiates through the plurality of apertures to illuminate the surroundings of the mirror/media display device assembly **1100**, as described above with reference to the embodiment depicted in FIG. **1**.

The chassis **1140** also includes a plurality of cross member assemblies **1106** extending between upper and lower edge sections **1144** and **1146** of the edge section **1142** to provide support for the mirror/media display device assembly **1100**. The cross member assemblies **1106** include a base member

US 7,805,260 B2

**11**

1108 that extends from the upper edge section 1144 to the lower edge section 1146 and is mounted substantially flat against the chassis major surface 1104. The cross member assemblies 1106 further include a plurality of transverse members 1110 and 1112 that extend from the upper edge section 1144 to the lower edge section 1146. The cross member assemblies 1106 include two end transverse members 1110 and an intermediate transverse member 1112 disposed therebetween. Each cross member 1110 and 1112 extends outwardly from the base member 1108 in a substantially transverse manner in the same direction as the edge section 1142.

The cross member assemblies 1106 are spaced apart within the chassis 1140 to define electrical passageways 1114 for routing electrical cabling and wiring therethrough. Preferably, the cross member assemblies 1106 are arranged within the chassis 1140 to define at least two lateral electrical passageways 1114 and one intermediate electrical passageway 1114 disposed therebetween. In this manner, the electrical components may be easily placed into communication with a power source in a wall W, such as an electrical outlet E, regardless of their location within the chassis 1140. Moreover, having numerous electrical passageways 1114 makes it unnecessary to center the mirror/media display device assembly 1100 over an electrical outlet E in the wall W.

The mirror platform 1102 may be secured to the chassis in any suitable manner set forth above with respect to the previously-described embodiments. As shown in FIGS. 10-12, the chassis 1140 may include several mounting brackets 1118 and 1119 disposed on the outer surface of the upper edge section 1144 and the lower edge section 1146, respectively. The mounting brackets 1118 and 1119 are suitably shaped to engage a portion of the mirror platform 1102. If the mirror platform 1102 includes a frame 1134, it should be appreciated that the brackets 1118 and 1119 may be secured to either the mirror rear surface 1126 or the rear surface of the frame 1134. The brackets 1118 and 1119 are secured to the chassis 1140 and/or the mirror platform 1102 with any suitable fasteners, such as screws, nails, glue, etc.

To mount the mirror/media display device assembly 1100 to the wall W, the mirror platform 1102 is first secured to the chassis 1140 in the following manner or by any other suitable method. As shown in FIG. 11, the edge section 1142 of the chassis 1140 is received within a recess defined in the frame 1134 such that the edge section 1142 and transverse members 1110 and 1112 (not shown in FIG. 11 for clarity) abut the mirror rear surface 1126. The cross member assemblies 1106 are spaced within the chassis 1140 such that that the media display device 1120 is disposed between two adjacent cross member assemblies 1106. The mounting brackets 1118 and 1119 are secured to the rear surface of the frame 1134 to secure the chassis 1140 to the mirror platform 1102.

After securing the chassis 1140 to the mirror platform 1102, the electrical connection, or power cord 1122 for the mirror electrical components is passed through an electrical passageway 1114 in the chassis 1140 such that it may be placed into communication with a source of power, such as an electrical outlet E. Preferably, the electrical components include a standard 110V power cord permanently or temporarily connected thereto, or another suitable cord depending on the country of intended use. The power cord 1122 includes a plug 1124 that is adapted to be received within a wall electrical outlet E, thus obviating the need to hard wire the component to the building wiring.

Referring to FIG. 12, the chassis 1140 defines a recess 1116 for housing the power cord 1122 and plug 1124 such that the chassis 1140 may be mounted substantially flush against the

**12**

wall W. More specifically, the edge section 1142 and transverse members 1110 surrounding the electrical passageway 1114 define a recess 1116 between the mirror rear surface 1126 and the wall W when the mirror/media display device assembly 1100 is mounted to the wall W. The recess 1116 is suitable sized to house the power cord 1122 and plug 1124. In this manner, the electrical components can be placed into direct communication with an existing electrical outlet E without having to install a recessed electrical outlet.

Referring to FIG. 13, another alternate embodiment of the mirror/media display device assembly 2100 is depicted. The mirror/media display device assembly 2100 includes a chassis 2140 having a major surface 2104 and an edge section 2142 extending rearwardly therefrom in a substantially transverse manner around the perimeter of the major surface 2104. The chassis 2140 further includes a first recessed portion 2117 formed in substantially the center of the major surface 2104. The first recessed portion 2117 is sufficiently deep to receive the media display device 2120 when the chassis 2140 is mounted to the mirror platform 2102. A second recessed portion 2116 is formed within the first recessed portion 2117, which extends through the back of the chassis 2140 and defines an opening or electrical passageway 2114.

Referring to FIG. 14, the media display device 2120 is positioned within the first recessed portion 2117 such that the power cord 2122 of the media display device 2120 is receivable within the second recessed portion 2116. The power cord 2122 is passed through the electrical passageway 2114, and the plug 2124 is received within an electrical outlet E. When the chassis 2140 is mounted to the wall W, the power cord 2122 and plug 2124 are housed within the space defined by the first and second recessed portions 2116 and 2117 in between the wall W and the mirror rear surface 2126. In this manner, the mirror/media display device assembly 2100 can be mounted substantially flush against the wall W without interfering with the power cord 2122 and plug 2124.

It should be appreciated that other similar chassis designs having larger or smaller recessed portions, or fewer or more recessed portions are also within the scope of the present disclosure. For instance, the chassis 2140 may include only one recessed portion and opening, or the chassis 2140 may instead include a plurality of recessed portions and openings to house multiple electrical components.

Referring to FIG. 15, yet another alternate embodiment of a mirror/media display device assembly 3100 is depicted. The mirror/media display device assembly 3100 includes a chassis 3140 and a mirror platform 3102. The chassis 3140 includes a major surface 3104 and an edge section 3142 extending transversely from the major surface 3104 around its perimeter. The mirror platform 3102 includes a front reflective surface 3132 and a mirror rear surface (not shown), and the front reflective surface 3132 may be surrounded by a frame 3134. The chassis 3140 is secured to a mirror platform 3102 in any suitable manner while housing electrical components, such as a media display device 3120, therebetween.

The chassis 3140 includes a large opening 3105 similar to the opening 1105 shown in FIG. 10. However, the chassis 3140 does not include a plurality of cross member assemblies. Rather, the opening 3105 is surrounded by a transverse edge portion 3110 similar in shape and size to the edge section 3142. The transverse edge portion 3110 extends from the major surface 3104 in a substantially transverse manner along the edge of the opening 3105. The opening 3105 defines an electrical passageway 3114 through which a power cord 3122 may pass.

Moreover, the transverse edge portion 3110 defines a recess (not shown) between a mirror rear surface (not shown)

US 7,805,260 B2

13

of the mirror platform **3102** and the wall W when the mirror/media display device assembly **3100** is mounted to the wall W. The recess is adapted to house the power cord **3122** and plug **3124** when the plug **3124** is received within an electrical outlet E in the wall W. While illustrative embodiments have been illustrated and described, it will be appreciated that various changes can be made therein without departing from the spirit and scope of the present disclosure.

The embodiments of the present disclosure in which an exclusive property or privilege is claimed are defined as follows:

**1**. A mirror assembly mountable to a wall, the mirror assembly comprising:

(a) a mirror platform having a front surface and a rear surface;

(b) a chassis mountable to the mirror platform;

(c) at least one electrical component disposed between the mirror platform and the chassis;

(d) an electrical passageway formed within the chassis for allowing the electrical component to be placed into communication with a power source located remotely from the mirror assembly; and

(e) a recess formed within the chassis for housing a connection between the power source and the electrical component such that the chassis can be mounted substantially flush against the wall when the electrical component is electrically connected to the power source.

**2**. The mirror assembly of claim **1**, wherein the chassis includes a major surface.

**3**. The mirror assembly of claim **2**, wherein the electrical passageway is formed within the major surface of the chassis.

**4**. The mirror assembly of claim **3**, wherein the recess is defined by at least one transverse member that extends from the major surface of the chassis and is engageable with the rear surface of the mirror platform when the chassis is mounted to the rear surface of the mirror.

**5**. The mirror assembly of claim **4**, wherein the transverse member is of a predetermined depth, and wherein the depth of the transverse member defines the depth of the recess.

**6**. The mirror assembly of claim **1**, further comprising a plurality of electrical passageways and a plurality of recesses formed within the chassis.

**7**. The mirror assembly of claim **1**, wherein the connection is a power cord.

**8**. A mounting assembly for a mirror platform having at least one electrical component, wherein the mirror platform includes a front surface and a rear surface, the mounting assembly comprising:

(a) a chassis mountable to the rear surface of the mirror platform, wherein the electrical component is disposable between the mirror platform and the chassis;

(b) an electrical passageway formed within the chassis that is adapted to allow the electrical component to be placed

14

into communication with a power source located remotely from the mirror platform;

(c) a recess defined within the chassis for housing a connection between the power source and the electrical component such that the chassis can be mounted flush against a wall when the electrical component is electrically connected to the power source.

**9**. The mounting assembly of claim **8**, wherein the chassis includes a major surface.

**10**. The mounting assembly of claim **9**, wherein the electrical passageway is formed within the major surface of the chassis.

**11**. The mounting assembly of claim **10**, wherein the recess is defined by a plurality of transverse members that extend from the major surface of the chassis and are engageable with the rear surface of the mirror platform when the chassis is mounted to the rear surface of the mirror.

**12**. The mounting assembly of claim **11**, wherein the transverse members have a predetermined depth, and wherein the depth of the transverse members define the depth of the recess.

**13**. The mounting assembly of claim **8**, further comprising a plurality of electrical passageways and recesses formed within the chassis.

**14**. The mounting assembly of claim **8**, wherein the connection is a power cord.

**15**. The mounting assembly of claim **8**, wherein the at least one electrical component is a media display device.

**16**. The mounting assembly of claim **15**, further comprising:

a light source.

**17**. The mounting assembly of claim **8**, wherein the at least one electrical component is a power cable.

**18**. A method comprising:

securing a mirror platform to a chassis, wherein the chassis contains an electrical passage way and a media display device, the electrical passage way is sized to accommodate an electrical connection for the media display device;

passing the electrical connection through the electrical passage way; and

fitting the media display device within a first recess in the chassis and the electrical connection fits within the electrical passage way thereby providing a flush mount between the chassis and the wall without the need for a power source that is recessed into the wall.

**19**. The method of claim **18**, further comprising:

a second recess, the second recess is formed within the first recess and at least part of the electrical passage way is located within the second recess.

**20**. The method of claim **19**, wherein the electrical connection passes through the first recess and the second recess.

\*   \*   \*   \*   \*

EXHIBIT  C

US007853414B2

(12) **United States Patent**
Mischel, Jr. et al.

(10) **Patent No.:** **US 7,853,414 B2**
(45) **Date of Patent:** **Dec. 14, 2010**

(54) **MOUNTING STRUCTURE FOR A MIRROR ASSEMBLY**

(75) Inventors: **James V. Mischel, Jr.**, Seattle, WA (US);
**Patrick Erickson**, Seattle, WA (US)

(73) Assignee: **Electric Mirror, LLC**, Everett, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/425,186**

(22) Filed: **Apr. 16, 2009**

(65) **Prior Publication Data**

US 2009/0257140 A1     Oct. 15, 2009

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/047,243, filed on Mar. 12, 2003, which is a continuation-in-part of application No. 11/563,119, filed on Nov. 24, 2006.

(60) Provisional application No. 60/794,209, filed on Apr. 21, 2006, provisional application No. 60/739,399, filed on Nov. 23, 2005, provisional application No. 60/739,156, filed on Nov. 23, 2005, provisional application No. 61/045,529, filed on Apr. 16, 2008.

(51) **Int. Cl.**
    *G02B 7/182*          (2006.01)
(52) **U.S. Cl.** ........................ **702/44**; 362/83.1; 362/135; 362/140; 348/826; 348/836; 359/839; 359/871; 359/460; 40/219; 40/714
(58) **Field of Classification Search** .................. 702/44; 359/839, 871, 460; 362/492, 611, 2, 141, 362/308, 245, 135, 129, 83.1, 140; 348/795, 348/744, 791, E9.027, E5.128, E5.132; 361/679.05; 40/219, 714
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,138,552 A | 5/1915 | Goddard |
| D85,163 S | 9/1931 | Cook |
| D114,451 S | 4/1939 | Lazarus |
| D184,436 S | 2/1959 | Haycraft |
| 3,038,771 A | 6/1962 | Schwartz |
| 3,757,103 A | 9/1973 | Walter |
| 4,003,271 A | 1/1977 | Stelma |

(Continued)

OTHER PUBLICATIONS

"ACQUA," ASCOLights.co.uk, <http://web.archive.org/web/20040603034329/www.ascolights.co.uk/Bathroom_mirrors.html>, as early as Jun. 2004.

(Continued)

*Primary Examiner*—Carol S Tsai
(74) *Attorney, Agent, or Firm*—Peloquin, PLLC; Mark S. Peloquin, Esq

(57) **ABSTRACT**

A mirror assembly mountable to a wall includes a mirror platform having a front surface and a rear surface, a chassis engageable with the mirror platform to define a mirror assembly interior, at least one electrical component disposed within the mirror assembly interior, and a mounting structure. The mounting structure includes a support member mounted to one of the rear surface of the mirror platform and the chassis and a hanger member mounted to the other of the rear surface of the mirror platform and the chassis. The hanger member is removably securable on the support member to mount the mirror platform to the chassis.

**20 Claims, 9 Drawing Sheets**



**US 7,853,414 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,009,947 | A | 3/1977 | Nishida |
| 4,202,607 | A | 5/1980 | Washizuka |
| D264,414 | S | 5/1982 | Missir |
| 4,361,981 | A | 12/1982 | Reiling |
| 4,635,994 | A | 1/1987 | Dietz |
| D290,007 | S | 5/1987 | Mano |
| 4,733,229 | A * | 3/1988 | Whitehead ................... 345/20 |
| D299,491 | S | 1/1989 | Masuda |
| 4,922,384 | A | 5/1990 | Torrence |
| D311,820 | S | 11/1990 | Glucksman |
| 5,061,004 | A | 10/1991 | Happich |
| 5,210,967 | A | 5/1993 | Brown |
| 5,575,552 | A | 11/1996 | Faloon |
| 5,592,240 | A * | 1/1997 | Sakamoto et al. .......... 348/807 |
| 5,668,675 | A | 9/1997 | Fredricks |
| D405,473 | S | 2/1999 | Tikhonski |
| 5,997,149 | A | 12/1999 | Chu |
| D433,573 | S | 11/2000 | Rochon |
| 6,172,613 | B1 | 1/2001 | DeLine |
| 6,567,060 | B1 * | 5/2003 | Sekiguchi .................... 345/87 |
| 6,709,114 | B1 * | 3/2004 | Duggan et al. ................. 353/74 |
| D492,127 | S | 6/2004 | Bellini |
| 6,833,880 | B1 * | 12/2004 | Chen ........................... 348/787 |
| 6,921,174 | B1 * | 7/2005 | Duggan et al. ................. 353/74 |
| 7,012,727 | B2 * | 3/2006 | Hutzel et al. ................ 359/265 |
| 7,067,975 | B2 | 6/2006 | Chen |
| 7,088,490 | B2 | 8/2006 | Nakaho |
| D536,881 | S | 2/2007 | Mischel, Jr. |
| 7,287,737 | B2 * | 10/2007 | Rossi ...................... 248/475.1 |
| 2001/0038505 | A1 | 11/2001 | Yamashita |
| 2002/0015226 | A1 | 2/2002 | Rottcher |
| 2002/0196333 | A1 | 12/2002 | Gorischek |
| 2003/0030063 | A1 | 2/2003 | Sosniak |
| 2005/0005494 | A1 | 1/2005 | Way |
| 2005/0185278 | A1 | 8/2005 | Horsten |
| 2005/0281043 | A1 | 12/2005 | Eisenbraun |
| 2006/0150462 | A1 * | 7/2006 | Rossi ........................... 40/700 |
| 2007/0046841 | A1 * | 3/2007 | Jacobsmeyer et al. ....... 348/836 |
| 2007/0091223 | A1 * | 4/2007 | Maruta et al. ................ 349/58 |
| 2007/0159316 | A1 * | 7/2007 | Mischel et al. .............. 340/461 |
| 2007/0201132 | A1 * | 8/2007 | Cannon et al. .............. 359/460 |

## OTHER PUBLICATIONS

"Circular Inspiration," ElectricMirror.com, <http://web.archive.org/web/20040107191514/www.electricmirror.com/Images/Lighting+Stations/Circular+Inspiration+Specification.pdf>, as early as Aug. 2003.

"Eclipse," ElectricMirror.com, <http://web.archive.org/web/20041217214430/http://electricmirror.com/index.html>, as early as Dec. 2004.

"eFinity," ElectricMirror.com, <http://web.archive.org/web/20030828072254/www.electricmirror.com/english/menu/efinity.html>, as early as Aug. 2003.

"Embrace," ElectricMirror.com, <http://web.archive.org/web/20060709052632/www.electricmirror.com/embrace.html>, as early as Dec. 2004.

"Fusion," ElectricMirror.com, <http://web.archive.org/web/20030828072111/http://www.electricmirror.com/Images/Lighting%20Stations/Fusion%20Specification.pdf>, as early as Aug. 2003.

"IMA89 Mirror Light," TheLightingSuperStore.co.uk, <http://web.petabox.bibalex.org/web/20050203025240/thelightingsuperstore.co.uk/category.asp?catcode=84>, as early as 2005.

"Masterpiece," ElectricMirror.com, <http://web.archive.org/web/20030831074237/www.electricmirror.com/Images/Lighting%20Stations/MasterpieceSpecification.pdf>, as early as Aug. 2003.

"Momentum," ElectricMirror.com, <http://web.archive.org/web/20030822110335/www.electricmirror.com/Images/Lighting+Stations/Momentum+Specification.pdf>, as early as Aug. 2003.

"Radiance," ElectricMirror.com, <http://web.archive.org/web/20030813193138/www.electricmirror.com/Images/Lighting+Stations/Radiance+Specification.pdf>, as early as Aug. 2003.

"Steel Pleasure E101," ElectricMirror.com, <http://web.archive.org/web/20030805153142/http://www.electricmirror.com/>, as early as Aug. 2003.

"Steel Pleasure E201," ElectricMirror.com, <http://web.archive.org/web/20030805153142/http://www.electricmirror.com/>, as early as Aug. 2003.

"Steel Pleasure E301," ElectricMirror.com, <http://web.archive.org/web/20030805153142/http://www.electricmirror.com/>, as early as Aug. 2003.

"Trinity," ElectricMirror.com, <http://web.archive.org/web/20030805153142/http://www.electricmirror.com/>, as early as Aug. 2003.

* cited by examiner



*Fig.1.*



*Fig.2.*



**Fig.3.**



*Fig.4.*



**Fig.5.**



*Fig.6.*



*Fig. 7.*



*Fig.8.*



**Fig.9.**

US 7,853,414 B2

**1**

# MOUNTING STRUCTURE FOR A MIRROR ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. No. 12/047,243, filed Mar. 12, 2008, which is a continuation-in-part of prior U.S. patent application Ser. No. 11/563,119, filed Nov. 24, 2006, which claims the benefit of U.S. Provisional Application No. 60/794,209, filed Apr. 21, 2006; U.S. Provisional Application No. 60/739,399, filed Nov. 23, 2005; and U.S. Provisional Application No. 60/739,156, filed Nov. 23, 2005, the disclosures of which are all expressly incorporated herein by reference. This application also claims the benefit of U.S. Provisional Application No. 61/045,529, filed on Apr. 16, 2008.

## BACKGROUND

Certain mirror assemblies include integrated electrical components, such as televisions, light sources, defogger assemblies, etc. The mirror assembly normally includes a mirror reversibly affixed to a chassis, wherein the chassis is suitably designed to be mounted to a wall. The electrical components are either secured within the chassis or mounted to the back of the mirror. This arrangement is a convenient space saving device as it embeds the electrical components into the existing space occupied by a mirror.

The mirror is typically secured to the chassis through a plurality of mounting brackets disposed on the outer edge of the chassis. The mounting brackets are adapted to engage a portion of the mirror, such as the mirror frame. The mounting brackets are permanently or semi-permanently secured to the mirror frame with fasteners, adhesive, etc.

Mounting the mirror to the chassis in this manner has several drawbacks. For instance, it is often difficult to properly align the mirror on the chassis when securing the mounting brackets thereto. This can lead to increased installation time and costs. The exposed mounting brackets are also unsightly to someone looking at the mirror assembly from the side.

Moreover, permanently or semi-permanently securing the mounting brackets between the chassis and mirror causes problems when mounting the mirror assembly to the wall and when disassembling the mirror. To mount the mirror assembly to the wall, the chassis must first be secured to the mirror, and the mirror assembly is thereafter secured to the wall W. Securing the entire mirror assembly to the wall is cumbersome and difficult. Moreover, to disassemble the mirror assembly, the entire mirror assembly must be removed from the wall.

Thus, it is desired to have a mirror mounting assembly that allows the mirror to be secured to the chassis in an easy, aesthetically pleasing, reliable manner.

## SUMMARY

A mirror assembly mountable to a wall includes a mirror platform having a front surface and a rear surface, a chassis engageable with the mirror platform to define a mirror assembly interior, at least one electrical component disposed within the mirror assembly interior, and a mounting structure. The mounting structure includes a support member mounted to one of the rear surface of the mirror platform and the chassis and a hanger member mounted to the other of the rear surface of the mirror platform and the chassis. The hanger member is removably securable on the support member to mount the mirror platform to the chassis.

This summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This summary is not intended to identify key features of the claimed subject matter, nor is it intended to be used as an aid in determining the scope of the claimed subject matter.

## DESCRIPTION OF THE DRAWINGS

The foregoing aspects and many of the attendant advantages of the present disclosure will become more readily appreciated by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

FIG. **1** is a mirror assembly having a internal mounting structure constructed in accordance with one embodiment of the present disclosure;

FIG. **2** is a cross-sectional side planar view of a first portion of the internal mounting structure of FIG. **1**;

FIG. **3** is a cross-sectional side planar view of a second portion of the internal mounting structure of FIG. **1**;

FIG. **4** is a mirror assembly having a internal mounting structure constructed in accordance with an alternate embodiment of the present disclosure;

FIG. **5** is a cross-sectional side planar view of a first portion of the internal mounting structure of FIG. **4**;

FIG. **6** is a cross-sectional side planar view of a second portion of the internal mounting structure of FIG. **4**;

FIG. **7** is a mirror assembly having a internal mounting structure constructed in accordance with another embodiment of the present disclosure;

FIG. **8** is a cross-sectional side planar view of a first portion of the internal mounting structure of FIG. **7**; and

FIG. **9** is a cross-sectional side planar view of a second portion the internal mounting structure of FIG. **7**.

## DETAILED DESCRIPTION

A mirror assembly **10** having an internal mounting structure **12** constructed in accordance with one embodiment of the present disclosure may be best understood by referring to FIG. **1**. Although the internal mounting structure **12** may be used with any suitable mirror assembly, an exemplary embodiment of the mirror assembly **10** includes a chassis **18** and a framed or frameless mirror platform **14**, wherein the internal mounting structure **12** secures the mirror platform **14** to the chassis **18**.

The mirror platform **14** includes a first substantially reflective surface **22**, a second non-reflective, rear surface **24** (see FIGS. **2** and **3**), and one or more translucent back lit portions **26**. The one or more translucent back lit portions **26** have minimal reflectivity, and are formed from any suitable material, such as frosted glass, acid etched glass, or clear glass. The translucent back lit portions **26** allow light emitted from one or more light sources **34** disposed within the chassis **18** to pass through the mirror platform **14**. The number, configuration, and arrangements of translucent back lit portions **26** can be varied to achieve different lighting effects. As a non-limiting example, the translucent back lit portions **26** are configured as a single, continuous portion extending around the perimeter of the mirror platform **14**.

The chassis **18** is adapted to engage the mirror platform **14** and mount the mirror platform **14** to a wall W. The chassis **18** also houses any mirror electrical components, such as the light sources **34**, electrical ballasts **36**, and a power cover **38**

US 7,853,414 B2

**3**

for a terminal box (not shown). Although the chassis **18** may be any suitable design that can properly support the mirror electrical components and mount the mirror platform **14** to a wall W, an exemplary embodiment of the chassis **18** includes a major surface **28** that is substantially sized and shaped to correspond to the mirror platform **14**, which may be rectangular, round, oval, or any other suitable shape. The major surface **28** is positionable in a parallel relationship to the mirror platform **14** when the chassis **18** is engaged with the mirror platform **14**.

The electrical components, such as the light sources **34**, electrical ballasts **36**, and power cover **38** are preferably secured to the chassis major surface **28** in any suitable manner. For instance, the light sources **34** may be secured around the perimeter of the major surface **28** through a plurality of L-shaped lamp brackets **40**. The lamp brackets **40** are secured to the chassis major surface **28** with any suitable fastener, such as screws or an adhesive. The electrical ballasts **36** and power cover **38** are secured directly to the chassis major surface **28** with suitable fasteners such as screws, adhesive, etc.

The chassis **18** further includes an outer edge section **30** extending around the perimeter of the chassis major surface **28**. The outer edge section **30** extends a predetermined distance from the chassis major surface **28** in a substantially transverse manner. When the chassis **18** is mounted to the mirror platform **14**, the outer edge section **30** extends between the chassis major surface **28** and the mirror rear surface **24** to enclose any electrical components mounted within the chassis **18** and define a mirror assembly interior. It should be appreciated that the outer edge section **30** may include apertures (not shown) such that light radiating from the light sources **34** radiates through the plurality of apertures to illuminate the surroundings of the mirror assembly **10**.

Referring still to FIG. **1**, the internal mounting structure **12** adapted to secure the mirror platform **14** to the chassis **18** will now be described in detail. The internal mounting structure **12** includes first and second hanger members, or first and second hanger brackets **42** and **46** that are preferably L-shaped. The first hanger bracket **42** includes a first leg **50** secured to the mirror rear surface **24** in any suitable manner, such as with adhesive, and a second leg **52** extending outwardly and substantially transversely therefrom. Likewise, the second hanger bracket **46** includes a first leg **56** secured to the mirror rear surface **24** in any suitable manner, such as with adhesive, and a second leg **58** extending outwardly and substantially transversely therefrom.

The first hanger bracket **42** is secured to an upper portion of the mirror platform **14** with the second leg positioned in a substantially horizontal manner and the first leg **50** extending downwardly from the second leg **52**. The second hanger bracket **46** secured to a bottom portion of the mirror platform **14** with the second leg **58** positioned in a substantially horizontal manner and the first leg **56** extending upwardly from the second leg **58**.

The first hanger bracket **42** includes first and second openings or slots **62** and **64** formed in the second leg **52**. The first slot **62** is formed near one end of the second leg **52**, and the second slot **64** is formed at the opposite end of the second leg **52**. The second hanger bracket **46** also includes an opening or slot **66** formed in substantially the center of the second leg **58**.

The internal mounting structure **12** further includes first and second support members, or support brackets **70** and **80** that are also preferably L-shaped. The first support bracket **70** includes a first leg **72** secured to the chassis major surface **28** in any suitable manner, such as with adhesive, and a second leg **74** extending outwardly and substantially transversely

**4**

therefrom. The first support bracket **70** is secured to a top portion of the chassis major surface **28** with the second leg **74** positioned in a substantially horizontal manner and the first leg **72** extending downwardly from the second leg **74**.

The first support bracket **70** includes first and second protrusions, or posts **76** and **78** extending outwardly and upwardly from the second leg **74**. The first and second posts **76** and **78** are positioned near each end of the second leg **74** to fit within the first and second slots **62** and **64** formed within the first hanger bracket **42**.

The second support bracket **80** is defined by an L-shaped lamp bracket **40** having a first leg **82** secured to the chassis major surface **28** in any suitable manner, such as with adhesive, and a second leg **84** extending outwardly and substantially transversely therefrom. The second support bracket **80** is secured to a bottom portion of the chassis major surface **28** with the second leg **84** positioned in a substantially horizontal manner and the first leg **82** extending upwardly from the second leg **84**. The second support bracket **80** includes a protrusion, or post **86** extending upwardly from substantially the center of the second leg **84** that is adapted to fit within the opening **66** formed in the second hanger bracket **46**.

The first and second hanger brackets **42** and **46** are secured to the mirror rear surface **24** such that they are disposed within the mirror assembly interior when the mirror platform **14** is secured to the chassis **18**. Likewise, the first and second support brackets **70** and **80** are secured to the chassis **18** such that they are disposed within the mirror assembly interior when the mirror platform **14** is secured to the chassis **18**. In this manner, when the first and second hanger brackets **42** and **46** are secured to the first and second support brackets **70** and **80**, as will be described below, the brackets **42**, **46**, **70**, and **80** are not exposed, thereby creating an aesthetically pleasing mirror assembly **10**.

Referring to FIGS. **1**-**3**, the manner in which the internal mounting structure **12** is used to secure the mirror platform **14** to the chassis **18** will be hereinafter described. Preferably, the chassis **18** is first secured to a wall W in any suitable manner such that the outer edge section **30** extends outwardly from the wall W. Moreover, the chassis **18** is positioned on the wall W such that the first support bracket **70** is positioned above the second support bracket **80**, and both the first and second support brackets **70** and **80** are positioned substantially horizontally on the wall W.

The mirror platform **14** is then positioned substantially parallel to the major surface **28** of the chassis **18**, with the first and second hanger brackets **42** and **46** positioned slightly above the first and second support brackets **70** and **80**. More specifically, the second leg **52** of the first hanger bracket **42** is positioned above the second leg **74** of the first support bracket **70**, and the second leg **58** of the second hanger bracket **46** is positioned slightly above the second leg **84** of the second support bracket **80**.

The mirror platform **14** is then moved towards the chassis **18** until the first and second slots **62** and **64** of the first hanger bracket **42** are positioned above the first and second posts **76** and **78** of the first support bracket **70** (only the first slot **62** and first post **76** are shown in FIG. **2** for clarity). Moreover, the slot **66** of the second hanger bracket **46** is positioned above the post **86** of the second support bracket **80**. The mirror platform **14** is then lowered until the second leg **52** of the first hanger bracket **42** engages second leg **74** of the first support bracket **70**, and the second leg **58** of the second hanger bracket **46** engages the second leg **84** of the second support bracket **80**. Moreover, the posts **76**, **78**, and **86** are received within slots **62**, **64**, and **66**, respectively.

US 7,853,414 B2

5

With the first and second hanger brackets **42** and **46** resting on the first and second support brackets **70** and **80**, the mirror platform **14** is secured on the chassis **18**. Moreover, with posts **76**, **78**, and **86** received within slots **62**, **64**, and **66**, the first and second hanger brackets **42** and **46** are prevented from sliding off the first and second support brackets **70** and **80**. Furthermore, the third and fourth brackets **70** are positioned in the chassis **118** such that when the posts **76**, **78**, and **86** of the first and second hanger brackets **42** and **46** are received within slots **62**, **64**, and **66**, the mirror platform **14** is aligned with the chassis **18**. More specifically, the mirror platform **14** is positioned against the chassis **18** such that the outer edges of the mirror platform **14** substantially align the outer edges of the chassis **18**. However, it should be appreciate that if the mirror platform **14** and chassis **18** were not substantially similar in shape and size, the mirror platform **14** may instead be positioned on the chassis **18** in any other suitable manner.

To disassemble the mirror assembly **10**, the mirror platform **14** is lifted until the posts **76**, **78**, and **86** of the first and second hanger brackets **42** and **46** are no longer received within slots **62**, **64**, and **66**. The mirror platform **14** is thereafter moved away from the chassis **18**. Thus, the mirror assembly **10** can be both assembled and disassembled in an easy manner.

Referring to FIG. **4**, a first alternate embodiment of a mirror assembly **110** having an internal mounting structure **112** (see FIGS. **5** and **6**) includes a framed or frameless mirror platform **114** and a chassis **118**. The mirror platform **118** includes a first substantially reflective surface **122**, a second non-reflective, rear surface **124** (see FIGS. **5** and **6**), and one or more translucent back lit portions **126**, similar to mirror platform **14**.

The mirror assembly **110** may include several electrical components disposed between the mirror platform **114** and the chassis **118**. For instance, the mirror assembly **110** may include a plurality of light sources **134** and electrical ballasts **136** received within the chassis **118**. Furthermore, a media display device **138** and mirror defogger devices **132** may be secured to the mirror rear surface **124** of the mirror platform **114**. The electrical components may be secured to the chassis **118** and mirror platform **114** in any suitable manner, such as with brackets, fasteners, adhesive, etc.

The chassis **118** is adapted to engage the mirror platform **114** and secure the mirror platform **114** to a wall W. The chassis **118** includes a major surface **128** that is substantially sized and shaped to correspond to the mirror platform **114**. The major surface **128** is positionable in a substantially parallel relationship to the mirror platform **114** when the chassis **118** is engaged with the mirror platform **114**. The chassis includes an outer edge section **130** that extends outwardly from the major surface **128** in a substantially transverse manner around the perimeter of the chassis major surface **128**. The outer edge section **130** extends a predetermined distance such that when the chassis **118** is mounted to the mirror platform **114**, the outer edge section **130** extends between the chassis major surface **128** and the mirror rear surface **124** to define a mirror assembly interior and enclose any electrical components therein.

Referring still to FIG. **4**, the internal mounting structure **112** will now be described in detail. The internal mounting structure **112** is defined in part by the chassis **118**. The chassis **118** includes an opening **140** formed in the chassis major surface **128** that is preferably the same shape as the major surface **128**, such as rectangular. An outwardly extending member, or inner edge section **142** extends from the major surface **128** in a substantially transverse manner around the perimeter of the opening **140**. The inner edge section **142** extends a predetermined distance such that when the chassis

6

**118** is mounted to the mirror platform **114**, the inner edge section **142** extends almost entirely between the chassis major surface **128** and the non-reflective surface **124** of the mirror platform **114**.

The inner edge section **142** defines upper and lower inner edge sections **144** and **146** that are formed near the top and bottom of the chassis **118**, respectively, and positioned substantially parallel to one another. The upper and lower inner edge sections **144** and **146** act as first and second support members adapted to receive the first, second, and third brackets **162**, **164**, and **166** thereon. First and second posts **156** and **158** extend upwardly and substantially transversely from the lower inner edge section **146** (see also FIG. **6**).

The chassis **118** further includes a flange section **160** that extends outwardly and substantially transversely from the inner edge section **142** away from opening **140**. As such, the flange section **160** is substantially parallel to the chassis major surface **128**. The flange section **160** defines upper and lower flanges **148** and **150** on the upper and lower inner edge sections **144** and **146**. First and second protrusions, or tabs **152** and **154** extend upwardly from the upper flange **148** in the same plane as the upper flange **148**.

The internal mounting structure **112** further includes first, second, and third hanger members, or hanger brackets **162**, **164**, and **166**. The first hanger bracket **162** includes a mounting portion **170** and a lip portion **172** formed along a top edge of the mounting portion **170**. The mounting portion **170** is secured to an upper portion of the mirror rear surface **124** in a substantially horizontal manner with any suitable means, such as with an adhesive. The lip portion **172** is adapted to fit over the upper flange **148** of the chassis **18** and secure the mirror platform **14** to the chassis **18**. The lip portion **172** also includes first and second openings or slots **172** and **176** that are adapted to receive the first and second tabs **152** and **154** of the chassis therein for aligning the mirror platform **114** on the chassis **118** as described above with respect to mirror assembly **10**.

The second and third hanger brackets **164** and **166** are each preferably L-shaped. The second hanger bracket **164** includes a first leg **180** secured to the mirror rear surface **124** in any suitable manner, such as with adhesive, and a second leg **182** extending outwardly and substantially transversely therefrom. Likewise, the third hanger bracket **166** includes a first leg **184** secured to the mirror rear surface **124** in any suitable manner and a second leg **186** extending outwardly and substantially transversely therefrom. The second hanger bracket **164** includes an opening or slot **188** formed in its second leg **182**, and the third hanger bracket **166** includes an opening or slot **190** formed in its second leg **186**.

The second hanger bracket **164** is secured to a bottom portion of the mirror platform **114** on one side of the mirror platform **114** with the second leg **182** positioned in a substantially horizontal manner and the first leg **180** extending upwardly from the second leg **182**. The third hanger bracket **166** is secured to a bottom portion of the mirror platform **114** on a second side of the mirror platform **114** with the second leg **186** positioned in a substantially horizontal manner and the first leg **184** extending upwardly from the second leg **186**.

Referring to FIGS. **4-6**, the manner in which the internal mounting structure **112** is used to secure the mirror platform **114** to the chassis **118** will be hereinafter described. Preferably, the chassis **118** is first secured to a wall W in any suitable manner such that the edge section **130** extends outwardly from the wall W and the upper and lower inner edge sections **144** and **146** are positioned substantially horizontally on the wall W.

US 7,853,414 B2

7

The mirror platform **114** is then positioned substantially parallel to the chassis major surface **128**, with the first hanger bracket **162** positioned slightly above the upper inner edge section **144** and the second and third brackets **164** and **166** positioned slightly above the lower inner edge section **146**. More specifically, the lip portion **172** of the first hanger bracket **162** is positioned above the upper flange **148**, and the second legs **182** and **186** of the second and third brackets **164** and **166** are positioned above the lower inner edge section **146**.

The mirror platform **114** is then moved towards the chassis **118** until the first and second slots **174** and **176** of the first hanger bracket **162** are positioned above the first and second tabs **152** and **154** formed on the upper flange **148**. Moreover, the slot **188** and **190** of the second and third brackets **164** and **166** are positioned above the first and second posts **156** and **158** on the lower inner edge section **146**. The mirror platform **114** is then lowered until the lip portion **172** of the first hanger bracket **162** is received on the upper flange **148**, and the second legs **182** and **186** of the second and third brackets **164** and **166** engage the lower inner edge section **146** of the chassis **118**. Moreover, the tabs **152** and **154** are received within the slots **174** and **176** of the first hanger bracket **162**, and the posts **156** and **158** are received within the slots **188** and **190** of the second and third brackets **164** and **166**.

With the first hanger bracket **162** hanging on the upper flange **148** and the second and third brackets **164** and **166** resting on the lower inner flange section **146**, the mirror platform **114** is secured on the chassis **118**. Moreover, with tabs **152** and **154** received within slots **174** and **176** of the first hanger bracket **162**, and posts **156** and **158** received within slots **188** and **190** of the second and third brackets **164** and **166**, the first, second, and third brackets **162**, **164**, and **166** are prevented from sliding off the upper flange **148** and the lower inner edge section **146**.

Moreover, the tabs **152** and **154** and slots **174** and **176** are positioned on the chassis **118** such that when the tabs **152** and **154** are received within the slots **174** and **176** of the first hanger bracket **162**, and the posts **156** and **158** are received within the slots **188** and **190** of the second and third brackets **164** and **166**, the mirror platform **114** is aligned with the chassis **118** as described above with respect to mirror assembly **10**. Moreover, with the first, second, and third hanger brackets **162**, **164**, and **166** positioned to engage the upper and lower inner edge sections **144** and **146** defined on the interior of the chassis, the components of the internal mounting structure **12** are disposed within the mirror assembly interior when the mirror platform **114** is secured to the chassis **18**.

To disassemble the mirror assembly **110**, the mirror platform **114** is lifted until the tabs **152** and **154** are no longer received within slots **174** and **176** of the first hanger bracket **162** and the posts **156** and **158** are no longer received within the slots **188** and **190** of the second and third brackets **164** and **166**. The mirror platform **114** is thereafter moved away from the chassis **118**. Thus, the mirror assembly **110** can be both assembled and disassembled in an easy manner.

Referring to FIG. **7**, a second alternate embodiment of the mirror assembly **210** having an internal mounting structure **212** (see FIGS. **8** and **9**) includes a framed or frameless mirror platform **214** and a chassis **218**. The mirror platform **214** includes a first substantially reflective surface **222**, a second nonreflective, rear surface **224** (see FIGS. **8** and **9**), and one or more translucent backlit portions **226**, similar to mirror platforms **14** and **114**.

The mirror assembly **210** may include several electrical components disposed between the mirror platform **214** and the chassis **218**. For instance, the mirror assembly **210** may

8

include a plurality of light sources **234**, at least one electrical ballast **236**, and a power cover **238** for a terminal box (not shown). The electrical components are preferably secured to a portion of the chassis **218** in any suitable manner, such as with a plurality of brackets, fasteners, adhesive, etc.

The chassis **218** is adapted to engage the mirror platform **214** and secure the mirror platform **214** to a wall W. The chassis **218** includes a major surface **228** that is substantially sized and shaped to correspond to the mirror platform **214**. The major surface **228** is positionable in a substantially parallel relationship to the mirror platform **214** when the chassis **218** is engaged with the mirror platform **214**. The chassis **218** includes an outer edge section **230** that extends outwardly from the major surface **228** in a substantially transverse manner around the perimeter of the chassis major surface **228**. When the chassis **218** is mounted to the mirror platform **214**, the outer edge section **230** extends between the chassis major surface **218** and the mirror rear surface **224** to enclose any electrical components and define and mirror assembly interior.

Referring still to FIG. **7**, the internal mounting structure **212** will now be described in detail. The internal mounting structure **212** includes first and second hanger members or first and second hanger brackets **242** and **246** that are preferably L-shaped. The first hanger bracket **242** includes a first leg **250** secured to the mirror rear surface **224** in any suitable manner, such as with adhesive, and a second leg **252** extending outwardly and substantially transversely therefrom. Likewise, the second hanger bracket **246** includes a first leg **256** secured to the mirror rear surface **224** in any suitable manner, such as with adhesive, and a second leg **258** extending outwardly and substantially transversely therefrom.

The first hanger bracket **242** includes first and second openings or slots **260** and **262** formed in the second leg **252**. The first slot **260** is formed near one end of the second leg **252**, and the second slot **262** is formed at the opposite end of the second leg **252**. The second hanger bracket **246** also includes first and second openings or slots **264** and **266** formed in the second leg **258**. The first and second slots **264** and **266** formed in the second leg **258** of the second hanger bracket **246** are formed on opposite ends of the second leg **258**.

The first hanger bracket **242** is secured to an upper portion of the mirror platform **214** with the second leg **252** positioned in a substantially horizontal manner and the first leg **250** extending downwardly from the second leg **252**. The second hanger bracket **246** is secured to a bottom portion of the mirror platform **214** with the second leg **258** positioned in a substantially horizontal manner the first leg **256** extending downwardly from the second leg **258**.

The internal mounting structure **212** further includes first, second, third, and fourth support members, or hooks **268**, **270**, **272**, and **274** secured to the chassis major surface **228** and extending outwardly therefrom. The hooks **268**, **270**, **272**, and **274** are positioned on the chassis major surface **228** such that each hook is located near a corner of the chassis major surface **228**. Moreover, the first and second hooks **268** and **270** are located in substantially the same first horizontal plane, and the third and fourth hooks **272** and **274** are located in substantially the same second horizontal plane.

FIGS. **8** and **9** depict the first and third hooks **268** and **272** having a horizontal portion **276** extending substantially transversely and outwardly from the chassis major surface **228** and a vertical portion **278** extending upwardly and substantially transversely from the end of the horizontal portion **276**. The second and fourth hooks **270** and **274** includes similar horizontal and vertical portions. The vertical portion **278** of the first and second hooks **268** and **270** are receivable within the

US 7,853,414 B2

**9**

first and second slots **260** and **262** of the first hanger bracket **242**. Similarly, the vertical portion **278** of the third and fourth hooks **272** and **274** are receivable within the first and second slots **264** and **266** of the second hanger bracket **246**.

Referring to FIGS. 7-9, the manner in which the internal mounting structure **212** is used to secure the mirror platform **214** to the chassis **218** will be hereinafter described. Preferably, the chassis **218** is first secured to a wall W in any suitable manner such that the outer edge section **230** extends outwardly from the wall W. Moreover, chassis **218** is positioned on the wall W such that the first and second hooks **268** and **270** are positioned above the third and fourth hooks **272** and **274**.

The mirror platform **214** is then positioned substantially parallel to the chassis major surface **228**, with the first hanger bracket **242** positioned slightly above the first and second hooks **268** and **270**, and the second hanger bracket **246** positioned slightly above the third and fourth hooks **272** and **274**. More specifically, the second leg **252** of the first hanger bracket **242** is positioned above the first and second hooks **268** and **270**, and the second leg **258** of the second hanger bracket **246** is positioned slightly above the third and fourth hooks **272** and **274**.

The mirror platform **214** is then moved toward the chassis **218** until the first and second slots **260** and **262** of the first hanger bracket **242** are positioned above the vertical portions **278** of the first and second hooks **268** and **270**. The first and second slots **264** and **266** of the second hanger bracket **246** are also positioned above the vertical portions **278** of the third and fourth hooks **272** and **274**. The mirror platform **214** is then lowered until the vertical portions **278** of the first, second, third, and fourth hooks **268**, **270**, **272**, and **274** are received within slots **260**, **262**, **264**, and **266**, respectively. As such, the first and second hanger brackets **242** and **246** are hung on hooks **268**, **270**, **272**, and **274**, thereby securing the mirror platform **214** on the chassis **218**.

The first, second, third, and fourth hooks **268**, **270**, **272**, and **274** are positioned on the chassis major surface **228** such that the first and second hanger brackets **242** and **246**, and therefore the mirror platform **214**, are aligned on the chassis **218** when the hooks **268**, **270**, **272**, and **274** are received within the slots **260**, **262**, **264**, and **266**. Moreover, the hooks **268**, **270**, **272**, and **274** are positioned on the chassis **218**, and the first and second hanger brackets **242** and **246** are positioned on the mirror rear surface **224** such that the hooks **268**, **270**, **272**, and **274** and brackets **242** and **246** are disposed within the mirror assembly interior.

To disassemble the mirror assembly **210**, the mirror platform **214** is lifted until the hooks **268**, **270**, **272**, and **274** are no longer received within slots **260**, **262**, **264**, and **266** of the first and second hanger brackets **242** and **246**. The mirror platform **214** is thereafter moved away from the chassis **218**. Thus, the mirror assembly **210** can be both assembled and disassembled in an easy manner.

While illustrative embodiments have been illustrated and described, it will be appreciated that various changes can be made therein without departing from the spirit and scope of the present disclosure. For instance, it should be appreciated that any of the above mirror assemblies **10**, **110**, and **210** may be suitably used with any of the internal mounting structures **12**, **112**, and **212** described above. Thus, the foregoing description should be seen as descriptive and not limiting the claimed subject matter.

The embodiments of the present disclosure in which an property or privilage is claimed are defined as follows:

**1**. A mirror assembly mountable to a wall, the mirror assembly comprising:

**10**

(a) a mirror platform having a front surface and a rear surface;

(b) a chassis engageable with the mirror platform to define a mirror assembly interior, the chassis is mountable to the wall;

(c) at least one electrical component disposed within the mirror assembly interior;

(d) a mounting structure disposed within the mirror assembly interior, comprising:

(i) a support member mounted to one of the rear surface of the mirror platform and the chassis; and

(ii) a hanger member mounted to the other of the rear surface of the mirror platform and the chassis, wherein the hanger member is removably securable on the support member to mount the mirror platform to the chassis in alignment when the mirror platform is secured to the chassis.

**2**. The mirror assembly of claim **1**, the mounting structure further comprising a protrusion formed on the support member and an opening formed on the hanger member, the opening shaped and sized to receive the protrusion.

**3**. The mirror assembly of claim **2**, wherein the protrusion is defined by a post extending upwardly from the support member.

**4**. The mirror assembly of claim **2**, wherein the protrusion is defined by a tab extending upwardly from the support member.

**5**. The mirror assembly of claim **2**, wherein the protrusion is adapted to secure the hanger member on the support member.

**6**. The mirror assembly of claim **2**, wherein the protrusion is positioned on the support member such that the mirror platform is aligned on the chassis when the protrusion is received within the opening in the hanger member.

**7**. The mirror assembly of claim **1**, wherein the support member is defined by at least one hook.

**8**. The mirror assembly of claim **1**, wherein the hanger member is defined by a first L-shaped bracket, and the support member is defined by a second L-shaped bracket.

**9**. The mirror assembly of claim **1**, wherein the hanger member is defined by a bracket having a lip portion, and the support member is defined by a outwardly extending member of the chassis having a flange section.

**10**. The mirror assembly of claim **1**, wherein the flange section of the outwardly extending member is receivable within the lip portion of the bracket.

**11**. A mounting structure for a mirror assembly having a mirror platform with a mirror front surface and a mirror rear surface, a chassis, a mirror assembly interior defined between the mirror platform and the chassis, and at least one electrical component disposed within the mirror assembly interior, the mounting structure comprising:

(a) a support member mountable to one of the rear surface of the mirror platform and the chassis;

(b) a hanger member mountable to the other of the rear surface of the mirror platform and the chassis, wherein the hanger member is removably securable on the support member to mount the mirror plkform to the chassis;

(c) a protrusion extending upwardly from the support member, and

(d) an opening formed on the hanger member, the opening shaped and sized to receive the protrusion.

**12**. The mounting structure of claim **11**, wherein the support member and the hanger member are disposed within the mirror assembly interior when the mirror platform is mounted to the chassis.

US 7,853,414 B2

11

**13**. The mounting structure of claim **11**, wherein the protrusion is defined by a post extending upwardly from the support member.

**14**. The mounting structure of claim **11**, wherein the protrusion is defined by a tab extending upwardly from the support member.

**15**. The mounting structure of claim **11**, wherein the protrusion is adapted to secure the first hanger member on the support member.

**16**. The mounting structure of claim **11**, wherein the protrusion is positioned on the support member such that the mirror platform is aligned on the chassis when the protrusion is received within the opening in the hanger member.

12

**17**. The mounting structure of claim **11**, wherein the hanger member is defined by a first L-shaped bracket, and the support member is defined by a second L-shaped bracket.

**18**. The internal mounting structure of claim **11**, wherein the hanger member is defined by a bracket having a lip portion, and the support member is defined by a outwardly extending member of the chassis having a flange section.

**19**. The internal mounting structure of claim **11**, wherein the flange section of the outwardly extending member is receivable within the lip portion of the bracket.

**20**. The internal mounting structure of claim **11**, wherein the support member is defined by at least one hook.

\*   \*   \*   \*   \*

# EXHIBIT  D

US00D579671S

(12) **United States Design Patent**      (10) Patent No.:      **US D579,671 S**

Mischel, Jr.      (45) Date of Patent:      ** **Nov. 4, 2008**

(54) **MIRROR**

(75) Inventor: **James Vernon Mischel, Jr.**, Edmonds, WA (US)

(73) Assignee: **Electric Mirror, L.L.C.**, Edmonds, WA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/258,428**

(22) Filed: **Apr. 22, 2006**

(51) **LOC (8) Cl.** .................................................. **06-04**

(52) **U.S. Cl.** ................................................... **D6/303**

(58) **Field of Classification Search** .......... D6/300–314, D6/553, 444; D14/129; 40/700, 541, 594, 40/714, 716, 737, 776, 735, 738, 744, 798; D28/64.1; 250/492.23; D19/52

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D114,451 | S | | 4/1939 | Lazarus | |
| D122,771 | S | | 10/1940 | Doner | |
| 3,390,474 | A | | 7/1968 | Wright | |
| D250,504 | S | | 12/1978 | Kliot | |
| 4,187,630 | A | | 2/1980 | Giulie | |
| 4,277,903 | A | | 7/1981 | Crossot | |
| D302,767 | S | * | 8/1989 | Morrozzi | D6/310 |
| D304,985 | S | * | 12/1989 | Raptis | D6/553 |
| D312,925 | S | * | 12/1990 | Burhardt | D6/314 |
| D339,921 | S | | 10/1993 | Nourse | |
| D343,065 | S | * | 1/1994 | Barbieri | D6/310 |
| D345,379 | S | | 3/1994 | Chan | |
| 5,575,552 | A | | 11/1996 | Faloon | |
| D405,473 | S | | 2/1999 | Tikhonski et al. | |
| D433,573 | S | | 11/2000 | Rochon | |
| D452,081 | S | | 12/2001 | Rowan | |
| D491,732 | S | * | 6/2004 | Hoernig | D6/300 |
| D492,127 | S | * | 6/2004 | Bellini | D6/308 |
| D495,152 | S | * | 8/2004 | Pulini | D6/312 |
| D536,881 | S | | 2/2007 | Mischel, Jr. | |
| D545,067 | S | | 6/2007 | Mischel, Jr. | |
| D545,574 | S | * | 7/2007 | Mischel, Jr. | D6/300 |
| D547,071 | S | | 7/2007 | Mischel, Jr. | |
| D547,072 | S | | 7/2007 | Mischel, Jr. | |
| D547,073 | S | * | 7/2007 | Mischel, Jr. | D6/300 |

OTHER PUBLICATIONS

"Acqua," ASCOLights.co.uk, <http://web.archive.org/web/20040603034329/www.ascolights.co.uk/Bathroom_mirrors.html>, as early as Jun. 2004.

"Element," ElectricMirror.com, <http://web.archive.org/web/20060311194204/www.electricmirror.com/element.html>, as early as Mar. 2006.

"Fusion," ElectricMirror.com, <http://web.archive.org/web/20030828072111/www.electricmirror.com/english/menu/fusion.html>, as early as Aug. 2003.

"Fusion-4," ElectricMirror.com, <http://web.archive.org/web/20060311194222/www.electricmirror.com/fusion4.html>, as early as Mar. 2006.

"Inspiration," ElectricMirror.com, <http://web.archive.org/web/20060311194135/www.electricmirror.com/inspiration.html>, as early as Mar. 2006.

Mischel, J., "Lighted Mirror," U.S. Appl. No. 29/258,433, filed Apr. 22, 2006.

Mischel, Jr., J.V. and S. Yoon, "Backlit Mirror," U.S. Appl. No. 29/307,052, filed Mar. 27, 2008.

"Radiance," ElectricMirror.com, <http://web.archive.org/web/20030831074402/www.electricmirror.com/english/menu/radiance...html>, as early as Aug. 2003.

* cited by examiner

*Primary Examiner*—Caron D. Veynar
*Assistant Examiner*—Sydney R Buffalow
(74) *Attorney, Agent, or Firm*—Christensen, O'Connor Johnson Kindness PLLC

(57) **CLAIM**

The ornamental design for a mirror, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of a mirror, showing my new design;

FIG. **2** is a front view and back view thereof;

FIG. **3** is a left side view and a right side view thereof; and,

FIG. **4** is a top view and a bottom view.

**1 Claim, 2 Drawing Sheets**





*Fig. 1.*



*Fig. 2.*

*Fig. 3.*

*Fig. 4.*

# EXHIBIT  E

US00D704938S

(12) **United States Design Patent**
Mischel, Jr. et al.

(10) Patent No.:          **US D704,938 S**
(45) Date of Patent:    ** *May 20, 2014

(54) **LIGHTED MIRROR**

(75) Inventors: **James Vernon Mischel, Jr.**, Seattle, WA (US); **Patrick Daniel Erickson**, Seattle, WA (US)

(73) Assignee: **Electric Mirror, LLC**, Everett, WA (US)

( * ) Notice:     This patent is subject to a terminal disclaimer.

(**) Term:       **14 Years**

(21) Appl. No.: **29/258,436**

(22) Filed:       **Apr. 22, 2006**

(51) **LOC (10) Cl.** ................................................ **06-07**

(52) **U.S. Cl.**
USPC ......................................................... **D6/300**

(58) **Field of Classification Search**
USPC ............... D6/300–314, 444; D20/10; 40/700, 40/735, 738, 744, 798; D28/64.1; 250/492.23; D19/52; D5/63; D14/371, D14/129; 359/871; D13/147
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 593,036 | A | 11/1897 | Struparich |
| D114,451 | S | 4/1939 | Lazarus |
| D122,771 | S | 10/1940 | Doner |
| 2,351,877 | A | 6/1944 | Rabkin |
| D230,773 | S | 3/1974 | Arnold |
| D254,643 | S | 4/1980 | Ashenfarb |
| D265,485 | S | 7/1982 | Liptak |
| D270,066 | S | 8/1983 | Ackeret |
| D276,397 | S | 11/1984 | Pfanstiehl |
| 4,777,746 | A | 10/1988 | Brooks |
| D311,820 | S | 11/1990 | Glucksman |
| 5,061,004 | A | 10/1991 | Happich |
| 5,074,067 | A | 12/1991 | Cohart |
| 5,205,059 | A | 4/1993 | Doll |
| D339,921 | S | 10/1993 | Nourse |
| 5,279,880 | A | 1/1994 | Cohart |
| D345,379 | S | 3/1994 | Chan |
| D353,942 | S | 1/1995 | Lo |
| D383,908 | S | 9/1997 | Waszkiewicz, III |
| D384,821 | S | 10/1997 | Sugar |
| D384,823 | S | 10/1997 | Sugar |
| D405,473 | S | 2/1999 | Tikhonski et al. |
| D424,812 | S | * 5/2000 | Kacius .......................... D6/300 |
| 6,099,928 | A | 8/2000 | Chee |
| D433,573 | S | 11/2000 | Rochon |
| D458,459 | S | * 6/2002 | Gottwald ...................... D6/300 |
| D524,061 | S | 7/2006 | Bruce |
| D524,555 | S | 7/2006 | Mohundro |
| D559,553 | S | 1/2008 | Mischel, Jr. |

(Continued)

OTHER PUBLICATIONS

Bagen, www.yashdefogger.com,BGL-008,2004.*

(Continued)

*Primary Examiner* — Susan E Krakower
*Assistant Examiner* — Sydney R Buffalow
(74) *Attorney, Agent, or Firm* — Peloquin, PLLC; Mark S. Peloquin, Esq.

(57)                **CLAIM**
The ornamental design for a lighted mirror, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a lighted mirror, showing our new design:
FIG. **2** is a front view thereof, the back view is identical to FIG. **2**;
FIG. **3** is a left side view thereof, the right side view is identical to FIG. **3**; and,
FIG. **4** is a top view thereof, the bottom view is identical to FIG. **4**.

**1 Claim, 2 Drawing Sheets**



**US D704,938 S**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D559,555 | S | 1/2008 | Mischel, Jr. |
| D559,557 | S | 1/2008 | Mischel, Jr. |
| D560,371 | S * | 1/2008 | Liu et al. ..................... D6/308 |
| D576,432 | S * | 9/2008 | Siekmann ..................... D6/509 |
| D593,036 | S * | 5/2009 | Asano et al. ............. D13/147 |
| 2002/0148151 | A1 | 10/2002 | Whitlow |
| 2003/0084600 | A1 | 5/2003 | Peterson |
| 2009/0257140 | A1 * | 10/2009 | Mischel et al. ............. 359/871 |

OTHER PUBLICATIONS

"Embrace," ElectricMirror.com, <http://web.archive.org/web/20041217213955/electricmirror.com/english/menu/momentum...html>, as early as Dec. 2004 [retrieved Jan. 10, 2008].

"Masterpiece," ElectricMirror.com, <http://web.archive.org/web/20030831074237/www.electricmirror.corn/english/menu/master-piece>, as early as Aug. 2003 [retrieved Jan. 10, 2008].

Mischel, Jr., et al., "Wall Sconce, Backlit Mirror," U.S. Appl. No. 29/258,445, filed Apr. 22, 2006.

Mischel, Jr., et al., "Lighted Mirror," U.S. Appl. No. 29/258,446, filed Apr. 22, 2006.

"Momentum," ElectricMirror.com, <http://web.archive.org/web/20030831074416/www.electricmirror.com/english/menu/momen-tum.html>, as early as Aug. 2003 [retrieved Jan. 10, 2008].

"Embrace," ElectricMirror.com, <http://web.archive.org/web/20060709052632/www.electricmirror.com/embrace.html>, as early as Dec. 2004.

* cited by examiner



*Fig. 1.*

**U.S. Patent**          **May 20, 2014**          **Sheet 2 of 2**          **US D704,938 S**



*Fig. 2.*                                    *Fig. 3.*

*Fig. 4.*