UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELECTRIC MIRROR, LLC, AND
KELVIN 42 LLC,

           Plaintiffs,

  v.

MAJESTIC MIRROR & FRAME, LLC,

           Defendant.

C17-352 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's unopposed motion for a thirty-day extension of time to answer, docket no. 11, is GRANTED. The deadline for defendant Majestic Mirror & Frame, LLC to answer or otherwise respond to plaintiffs' complaint is extended to May 5, 2017.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1