UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC, AND KELVIN 42 LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>MAJESTIC MIRROR & FRAME, LLC,<br><br>        Defendant. | C17-352 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's second unopposed motion for extension of time to answer or otherwise respond, docket no. 13, is GRANTED. The deadline for defendant Majestic Mirror & Frame, LLC to answer or otherwise respond to plaintiffs' complaint is extended twenty-one (21) days to May 26, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1