Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC, a Washington limited liability company, | NO. 2:17-cv-00352-TSZ |
| and | JOINT STATUS REPORT |
| KELVIN 42 LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| vs. | |
| MAJESTIC MIRRORS & FRAMES, LLC, a Florida limited liability company, | |
| Defendant. | |

Pursuant to the Court's instruction in paragraph (1) of the Minute Order issued on May 25th, 2017 ("Order"), counsel for plaintiffs Electric Mirror, LLC ("Electric Mirror") and Kelvin 42 LLC ("Kelvin") and for defendant Majestic Mirrors & Frame, LLC ("Majestic" or "Defendant") have collaborated on this Joint Status Report.

A.   **Final Determination of the ITC Complaint.**

In the Order, this Court stated that this matter would be stayed "until the determination of the Commission becomes final."

On June 2, 2017, Electric Mirror and Kelvin filed a motion to withdraw their claims against Majestic in the proceeding before the United States International Trade Commission ("The Commission"). The Commission granted the motion and issued a final determination on July 10, 2017. Therefore, the parties request the Court lift the stay so that proceedings may resume.

B.   **Matter Timeline**

Below are the actions the parties intend to take in the next month, as well as a proposed timeline for those actions:

1.   *Plaintiff's Motion to Amend Complaint*

Electric Mirror intends to re-file a motion to amend its complaint, removing 4 of the 5 patents it included in the original complaint. Also, since Kelvin was a party (plaintiff) to this case due only to its ownership of U.S. Pat. No. 7,559,668, one of the patents being removed, the amended complaint will not continue to name it as a party. Electric Mirror plans to re-file by August 11, 2017.

2.   *Defendant's Response to the Complaint*

Defendant's date to Answer or otherwise respond to the operative pleading, whether the original Complaint, or the proposed Amended Complaint, would be due 21 days after service of the Amended Complaint.

Defendant states that, in view of the Supreme Court's holding in *TC Heartland, LLC v. Kraft Food Group Brands, LLC,* 137 S. Ct. 1514 (May 22, 2017), that the patent venue statute, 28 U.S.C.S. § 1400(b), provides that any civil action for patent infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business, Defendant here will be filing a motion to transfer

JOINT STATUS REPORT           Page 2           Ellis | Li | McKinstry
                                                Market Place Tower
                                                2025 First Avenue, Penthouse A
                                                Seattle, WA 98121-3125
                                                206.682.0565  Fax: 206.625.1052

venue to the U.S. District Court for the Southern District of Florida, where it has a regular and established place of business. Defendant reserves the right to include any additional Rule 12 bases in its motion.

Plaintiff states that *TC Heartland, LLC* has been interpreted numerous ways by federal courts and, as such, Plaintiff does not agree with Defendant's position as to that case or transfer of venue. Plaintiff will accordingly respond to any motion filed by Defendant on this issue or any other Rule 12 bases.

### 3.   *Discovery Plan*

Defendant believes that its motion to transfer should be decided before proceeding with the FRCP 26(f) Conference and Initial Disclosures.  Plaintiff proposes the following schedule for discovery conferences and reports:

| | |
|---|---|
| FRCP 26(f) Conference: | September 25, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | October 4, 2017 |
| Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) | October 11, 2017 |

DATED this July 31, 2017

| ELLIS, LI & McKINSTRY PLLC | SEED INTELLECTUAL PROPERTY LAW GROUP LLP |
|---|---|
| By: */s/ Kyle D. Netterfield* <br> Kyle D. Netterfield WSBA No. 27101 <br> By: */s/ Brock M. Hartman* <br> Brock M. Hartman WSBA No. 47442 <br> 2025 First Avenue PHA <br> Seattle, WA  98121 <br> bhartman@elmlaw.com <br> Telephone: (206) 682-0565 <br> Fax: (206) 625-1052 <br> Email:  bhartman@elmlaw.com | By: */s/ E. Russell Tarleton* <br> E. Russell Tarleton WSBA No. 17006 <br> 701 Fifth Ave, Ste. 5400 <br> Seattle, WA 98104 <br> russt@seedip.com <br> Telephone: (206)622-4900 <br> Fax: (206) 682-6031 <br> Email: russt@seedip.com |