UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MAJESTIC MIRRORS & FRAMES, LLC,<br><br>        Defendant. | C17-352 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 19, indicating that a final determination in the proceeding before the United States International Trade Commission was issued on July 10, 2017, the STAY of this matter is hereby LIFTED.

(2) The Court RESETS the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | October 30, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | November 13, 2017 |
| Combined Joint Status Report and Discovery Plan | November 13, 2017 |

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1