UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MAJESTIC MIRRORS & FRAME, LLC,<br><br>        Defendant. | C17-352 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to amend, docket no. 21, is GRANTED. Plaintiff shall electronically file the Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

                                                           William M. McCool
                                                           Clerk

                                                           s/Karen Dews
                                                           Deputy Clerk

MINUTE ORDER - 1