UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELECTRIC MIRROR, LLC,

    Plaintiff,

 v.

MAJESTIC MIRRORS & FRAME, LLC,

    Defendant.

C17-352 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 33, the following deadlines are EXTENDED as follows:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | November 30, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | December 14, 2017 |
| Combined Joint Status Report and Discovery Plan | December 14, 2017 |

(2) Defendant's motion to dismiss or in the alternative transfer venue, docket no. 26, is GRANTED in part and STRICKEN in part without prejudice as follows. Pursuant to defendant's motion and plaintiff's concession that this district is not the proper venue, *see* Def.'s Mot. at 2 n.1 (docket no. 26 at 5); Pla.'s Resp. at 1 (docket no. 34 at 5), this case is TRANSFERRED to the Southern District of Florida, effective immediately.  *See* 28 U.S.C. § 1406(a).  To the extent that defendant's motion to dismiss is based on Federal Rule of Civil Procedure 12(b)(6), it is stricken without prejudice to refiling in a manner consistent with the local rules of the Southern District of Florida.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of October, 2017.

            <u>William M. McCool   </u>
            Clerk

            <u>s/Karen Dews    </u>
            Deputy Clerk