UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23991-CIV-ALTONAGA

**ELECTRIC MIRROR, LLC**,

    Plaintiff,
vs.

**MAJESTIC MIRROR & FRAME LLC**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice and Request for Entry of Order Dismissing all Claims and Counterclaims [ECF No. 85]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The joint stipulation is approved. The entire action, including all claims and counterclaims asserted, or that could have been asserted, between the parties, is hereby dismissed with prejudice.

**DONE AND ORDERED** in Miami, Florida this 18th day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record